United States District Court
Southern District of Ohio

### Related Case Memorandum
### Civil Cases

TO: Judge Sandra S. Beckwith

FROM: Emily Hiltz, Case Administrator

DATE: 11/18/2014

SUBJECT: Case Caption: Fifth Third Bancorp, et al. v. Certain Underwriters at Lloyd's, et al.

CASE: Case Number: 1:14cv869

DISTRICT JUDGE: Sandra S. Beckwith

File Date: 11/10/2014

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case:**

Case Caption: **RLI Insurance Co. v. Fifth Third Bancorp**

Case Number: **1:14cv802**     District Judge: **Sandra S. Beckwith**

File Date: **10/10/2014**     Magistrate Judge: **Stephanie K. Bowman**

**Related Case(s):**

Case Caption:

Case Number:     District Judge:

File Date:     Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   __Emily Hiltz__
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☒ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
[signature]
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies

Revised 7/19/2012