IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation, | : : : : | Civil Action No.: 1:14-cv-869 |
| Plaintiffs, | : : | Judge: Sandra S. Beckwith |
| v. | : : | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, B0509QA051310, and 81906760, AXIS INSURANCE COMPANY, ACE INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : : : : : : : : : | |
| Defendants. | : | |

## **APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company and St. Paul Mercury Insurance Company.

        Respectfully submitted,

        *s/Luke J. Busam*
        Luke J. Busam (0082339)
        FROST BROWN TODD LLC
        3300 Great American Tower
        301 East Fourth Street
        Cincinnati, Ohio  45202
        (513) 651-6800
        (513) 651-6981 (fax)
        lbusam@fbtlaw.com

        *Attorneys for Defendants*
        *Continental Insurance Company,*
        *Fidelity and Deposit Insurance Company*
        *and St. Paul Mercury Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of November, 2014, the foregoing was filed electronically with the Clerk of the Court which will send notifications of such filing to all counsel registered with the Court's CM/ECF system.

        *s/ Luke J. Busam*

C:\Users\maz\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\GS7QXN2I\LJB Appearance - 4843-8540-0608 1.doc