IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation, | : : : : | Civil Action No.: 1:14-cv-869 |
| Plaintiffs, | : : | Judge: Sandra S. Beckwith |
| v. | : : | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, B0509QA051310, and 81906760, AXIS INSURANCE COMPANY, ACE INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : : : : : : : : : : | **CONTINENTAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | : | |

  Pursuant to the Corporation Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of **Continental Insurance Company**.

  1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

  **Yes.**

  If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

**The Continental Insurance Company is wholly owned by Continental Casualty Company which in turn is wholly owned by The Continental Corporation. The Continental Corporation is owned by CNA Financial Corporation, a publicly traded company. CNA Financial is 90% owned by Loews Corporation, a publicly traded company.**

2. Is there a publicly owned corporation, not a party to the case, which has a financial interest in the outcome?

**No.**

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

Respectfully submitted,

*s/Luke J. Busam*
Luke J. Busam (0082339)
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800
(513) 651-6981 (fax)
lbusam@fbtlaw.com

*Attorneys for Defendants*
*Continental Insurance Company,*
*Fidelity and Deposit Insurance Company*
*and St. Paul Mercury Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November 2014, the foregoing was filed electronically with the Clerk of the Court which will send notifications of such filing to all counsel registered with the Court's CM/ECF system.

*s/ Luke J. Busam*

C:\Users\maz\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\GS7QXN2I\Continental Corporate Disclosure Statement - 4816-4979-6896 1.doc