UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Fifth Third Bancorp, et al.,
    Plaintiffs

v.                                     Case No. 1:14-cv-869

Certain Underwriters at
Lloyd's Subscribing to Policy
B0509QA048710, B0509QA051310,
81906760, et al.,
    Defendants

# ORDER

This matter is before the Court on Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, and St. Paul Mercury Insurance Company's Motions for Admission of attorneys Julia Blackwell Gelinas and Bryan S. Strawbridge (Docs. 13 & 14).

**IT IS ORDERED** that the Motions are **GRANTED**, and attorneys Julia Blackwell Gelinas and Bryan S. Strawbridge hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company, and St. Paul Mercury Insurance Company.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Emily Hiltz, 513.564.7512 or at emily_hiltz@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: December 2, 2014                  s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Senior Judge
                                                          United States District Court