**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**RLI INSURANCE COMPANY**

Plaintiff

vs.

**FIFTH THIRD BANCORP**

Defendant

Civil Action No. **1:14cv802**

Judge: **Sandra S. Beckwith**
Magistrate: **Stephanie K. Bowman**

---

**FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation**

Plaintiff

vs.

**CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.**

Defendants

**Civil Action No. 1:14cv869**

**MOTION TO CONSOLIDATE**

Plaintiff Fifth Third Bancorp and Fifth Third Bank ("Fifth Third"), by and through counsel, hereby move the Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate *Fifth Third Bancorp, et al. v. Certain Underwriters at Lloyds, etc.*, *et al.*, Civil Action No. 1:14cv869, with *RLI Insurance Company v. Fifth Third Bancorp*, Civil Action No. 1:14cv802, as the two cases involve common questions of fact and law and call for a determination of the same or substantially identical questions of fact and law.

RESPECTFULLY SUBMITTED,

/S/ Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
Phone: (513) 381-6600
Fax: (513) 381-4150
Email: mbyrne@jksmlaw.com
kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

/S/ Charles E. Turnbull
**CHARLES E. TURNBULL (P29420)**
**LAWRENCE M. SCOTT (P30228)**
**MARC D. KASZUBSKI (P60333)**
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Phone: (586) 726-1000
Fax: (586) 726-1560
Email: cturnbull@orlaw.com
lscott@orlaw.com
mkaszubski@orlaw.com
*Co-Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

**MEMORANDUM**

Case No. 1:14cv869 is a breach of contract action for damages caused by the fraudulent acts of Fifth Third's former employee, Matthew P. Ross ("Ross"), and the alleged failure of the Defendants Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710, B0509QA051310 and 81906760, AXIS Insurance Company, Ace Insurance Company, Federal

Insurance Company Continental Insurance Company, Fidelity and Deposit Insurance Company, and St. Paul Mercury Insurance Company to pay Fifth Third's alleged losses pursuant to the terms of three Financial Institution Bonds that cover the losses. Fifth Third seeks indemnification and reimbursement for their losses and expenses it claims were caused by Ross and based upon the Defendants' respective obligations under the Financial Institution Bonds.

Similarly, Case No. 1:14cv802, RLI Insurance Company ("RLI") seeks a declaratory judgment action against Fifth Third Bancorp regarding Fifth Third's claim against RLI for a loss Fifth Third sustained due to alleged dishonest acts committed by Ross. The alleged dishonest acts in this case resulted in a counterclaim by Fifth Third against RLI pursuant to financial bonds issued by RLI.

Pursuant to Southern District of Ohio Civil Rule 3.1(b), Fifth Third's counsel identified Case No. 1:14cv802 as a related case to Case No. 1:14cv869 because the cases: (1) arise from the same or substantially identical transactions, happenings, or events; (2) call for a determination of the same or substantially identical questions of law and fact; (3) would entail a substantial duplication of effort and expense by the Court and the parties if heard by different judges; (4) seek relief that could result in a party being subject to conflicting orders of this Court. Both cases were assigned to Judge Beckwith's docket. Judge Beckwith determined that the cases are related and they shall both remain on her docket. (Case No. 1:14cv869) (Doc. 7).

Rule 42(a) of the Federal Rules of Civil Procedure provides that the Court may consolidate actions that involve common questions of law or fact. Both cases involve common questions of law and fact. As such, Fifth Third Bancorp and Fifth Third Bank request that this Court consolidate the cases. Counsel for Continental Insurance Company, Fidelity and Deposit

Insurance Company and St. Paul Mercury Insurance Company does not oppose the motion in Case No. 1:14cv869.

RESPECTFULLY SUBMITTED,

/S/ Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
Phone: (513) 381-6600
Fax: (513) 381-4150
Email: mbyrne@jksmlaw.com
kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

/S/ Charles E. Turnbull
**CHARLES E. TURNBULL (P29420)**
**LAWRENCE M. SCOTT (P30228)**
**MARC D. KASZUBSKI (P60333)**
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Phone: (586) 726-1000
Fax: (586) 726-1560
Email: cturnbull@orlaw.com
lscott@orlaw.com
mkaszubski@orlaw.com
*Co-Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for RLI Insurance Company:*

Robert W. Hojnoski, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH 45202
Email: rhojnoski@reminger.com

Carrie M. Starts, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH 45202
Email: cstarts@reminger.com

Nathan A. Lennon, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH 45202
Email: nlennon@reminger.com

Scott L. Schmookler, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL 60606
Email: sschmookler@gordonrees.com

Regina A. Ripley, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL 60606
Email: rripley@gordonrees.com

Ji-Yeon Suh, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL 60606
Email: jsuh@gordonrees.com

*Attorneys for Continental Insurance Company, Fidelity and Deposit Insurance Company, and St. Paul Mercury Insurance Company:*

Luke J. Busam, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Email: lbusam@fbtlaw.com

Bryan S. Strawbridge, Esquire
Frost Brown Todd, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Email: bstrawbridge@fbtlaw.com

Julia Blackwell Galina's
Frost Brown Todd, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Email: jgelinas@fbtlaw.com

I further certify that on the December 9, 2014, the foregoing has been forwarded via ordinary United States Mail to the following:

*Certain Underwriters at Lloyd's*

Certain Underwriters at Lloyd's
c/o Mendes and Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
*(Contractual Designee for Service)*

and

Certain Underwriters at Lloyd's
c/o Lloyd's of London
1211 Avenue of the Americas, 24th Flr.
New York, NY 10036

and

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Email: John.Blancett@sedgwicklaw.com
Christopher.Losquadro@sedgwicklaw.com
*Attorneys for Certain Underwriters at Lloyd's Subscribing To Policy Numbers B0509QA048710, B0509QA051310 and 8190676*

*AXIS Insurance Company*

AXIS Insurance Company
c/o Mendes and Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
*(Contractual Designee for Service)*

and

AXIS Insurance Company
11680 Great Oaks Way, Suite 500
Alpharetta, GA 30022

*Ace Insurance Company*

Ace Insurance Company
c/o Mendes and Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
*(Contractual Designee for Service)*

and

Ace Insurance Company
1133 Avenue of the Americas
New York, NY 10036

*Federal Insurance Company*

Federal Insurance Company
c/o Mendes and Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
*(Contractual Designee for Service)*

and

Federal Insurance Company
15 Mountain View Road
Warren, NJ 07059

/S/ Mark J. Byrne
**MARK J. BYRNE (0029243)**
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*