IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation, | : : : : | Civil Action No.: 1:14-cv-869 |
| Plaintiffs, | : : | Judge: Sandra S. Beckwith |
| v. | : : | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, B0509QA051310, and 81906760, AXIS INSURANCE COMPANY, ACE INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, | : : : : : : : : : : : : : | **STIPULATED EXTENSION OF TIME FOR DEFENDANTS CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY OF MARYLAND, AND ST. PAUL MERCURY INSURANCE COMPANY TO RESPOND TO COMPLAINT** |
| Defendants. | : | |

By agreement of the parties, Plaintiffs Fifth Third Bancorp and Fifth Third Bank and Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company of Maryland, and St. Paul Mercury Insurance Company (collectively, the "Defendants"), by and through their undersigned counsel, agree and stipulate that Defendants shall have an extension of time of 14 days, to and including January 26, 2015, in which to move, answer, or otherwise plead in response to Plaintiffs' Complaint.  No prior extension has been requested by these Defendants.  Therefore, the additional time granted to Defendants by this extension will not exceed a total of 21 days.  *See* S.D. Ohio L.R. 6.1(a).

Respectfully submitted,

| | |
|---|---|
| /s/*Charles E. Turnbull* | /s/*Bryan S. Strawbridge* |
| Mark Joseph Byrne  (0029243) | Julia Blackwell Gelinas (*pro hac vice*) |
| Kenneth F. Siebel (0025168) | Bryan S. Strawbridge (*pro hac vice*) |
| JACOBS, KLEINMAN, SEIBEL & MCNALL | FROST BROWN TODD LLC |
| Cincinnati Club Building | 201 N. Illinois Street, Suite 1900 |
| 30 Garfield Place, Suite 905 | Indianapolis, Indiana  44961 |
| Cincinnati, OH 45202 | (317) 237-3800 |
| 513-381-6600 | (317) 237-3900 (fax) |
| 513-381-4150 (fax) | jgelinas@fbtlaw.com |
| mbyrne@jksmlaw.com | bstrawbridge@fbtlaw.com |
| kseibel@jksmlaw.com | |
| | Luke J. Busam (0082339) |
| Marc D. Kaszubski | FROST BROWN TODD LLC |
| Lawrence M. Scott | 3300 Great American Tower |
| Charles E. Turnbull | 301 East Fourth Street |
| O'REILLY RANCILIO P.C. | Cincinnati, Ohio  45202 |
| 12900 Hall Rd. | (513) 651-6800 |
| Suite 350 | (513) 651-6981 (fax) |
| Sterling Heights, MI 48313 | lbusam@fbtlaw.com |
| 586-726-1000 | |
| 586-726-1560 (fax) | *Attorneys for Defendants Continental* |
| mkaszubski@orlaw.com | *Insurance Company, Fidelity and Deposit* |
| lscott@orlaw.com | *Insurance Company of Maryland and St. Paul* |
| cturnbull@orlaw.com | *Mercury Insurance Company* |

*Attorneys for Plaintiffs Fifth Third Bancorp and
Fifth Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2015, the foregoing was filed electronically with the Clerk of the Court which will send notifications of such filing to the following:

/s/*Bryan S. Strawbridge*

LR01439.0614965  4840-9479-5297v2

2