UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANCORP, *et al.*, | : |
| | : Case No. 1:14cv869 |
| Plaintiffs, | : Judge Sandra S. Beckwith |
| | : Magistrate Stephanie K. Bowman |
| v. | : |
| | : |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NOS. B0509QA048710, B0509QA051310 AND 81906760, *et al.*, | : |
| | : |
| Defendants. | : |

### [PROPOSED] REVISED ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER J. LOSQUADRO, JOHN W. BLANCETT AND CHRISTOPHER C. NOVAK

This matter came before the Court on the motion of defendants, Certain Underwriters at Lloyd's Subscribing to Policy Nos. B0509QA048710 and B0509QA051310 (the "Lloyd's Defendants"), Axis Insurance Company ("Axis") and Federal Insurance Company ("Federal"), for admission of attorneys Christopher J. Losquadro, John W. Blancett and Christopher C. Novak *pro hac vice*, with accompanying certificates of good standing.

IT IS HEREBY ORDERED that the Lloyd's Defendants' motion is GRANTED and attorneys Christopher J. Losquadro, John W. Blancett and Christopher C. Novak are hereby admitted to practice *pro hac vice* as co-counsel for the Lloyd's Defendants, Axis and Federal, pursuant to S.D. Ohio Civ. R. 83.3.(3).

SO ORDERED.

_____
Sandra S. Beckwith
United States District Judge