# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>　　　　　Plaintiffs,<br><br>　-v.-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 1:14cv869<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, AXIS Insurance Company is a wholly owned subsidiary of AXIS Specialty U.S. Holdings, Inc.  AXIS Specialty U.S. Holdings, Inc. is a wholly owned subsidiary of AXIS Specialty Global Holdings Limited.  AXIS Specialty Global Holdings Limited is a wholly owned subsidiary of AXIS Capital Holdings Limited.  AXIS Capital Holdings Limited is a publicly traded company on the NYSE.

Respectfully submitted,

   /s/ David P. Kamp

David P. Kamp (OH 0020665)
Jean Geoppinger McCoy (OH 0046881)
Brian D. Goldwasser (OH0061926)
WHITE GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
bgoldwasser@wgmlpa.com
Telephone (513) 241-3685
*Attorneys for Certain Underwriters*
*at Lloyd's Subscribing to Policy*
*Numbers B0509QA048710 and*
*B0509QA051310, AXIS Insurance Company,*
*and Federal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on this 4th day of February, 2015 upon all counsel through the Court's electronic filing system.

 */s/ Brian D. Goldwasser*
 Brian D. Goldwasser (0061926)

19782266v1

2