UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RLI INSURANCE COMPANY,
    Plaintiff,

Case No. 1:14-cv-00802

vs.

Judge Beckwith
Magistrate Judge Bowman

FIFTH THIRD BANCORP,
    Defendant.

---

FIFTH THIRD BANCORP, et al.,
    Plaintiffs,

Case No. 1:14-cv-00869

vs.

Judge Beckwith
Magistrate Judge Bowman

CERTAIN UNDERWRITERS AT LLOYD'S
SUBSCRIBING TO POLICY
B0509QA048710, B0509QA051310, 81906760,
et al.,
    Defendants.

## CALENDAR ORDER

As a result of the Rule 26(f) Report of the Parties filed February 26, 2015, this case shall proceed as follows:

Deadline to file motion to amend the pleadings and/or add parties: **September 30, 2015**
Deadline to file motions relative to the pleadings: **October 31, 2015**

Plaintiff RLI's and Plaintiff Fifth Third's disclosure of experts' identities pursuant to Rule 26(a)(2)(A): **March 7, 2016.**

Reports from Plaintiff RLI's and Plaintiff Fifth Third's experts pursuant to Rule 26(a)(2)(B): **May 11, 2016.**

Disclosure of experts from Defendant Fifth Third, Counterclaim Defendant RLI, and Defendants Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company, Federal Insurance Company, and Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury Insurance Company expert(s), pursuant to Rule 26(a)(2)(A)-(B): **June 28, 2016.**

Reports from Defendant Fifth Third, Counterclaim Defendant RLI, and Defendants Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company, Federal Insurance Company, and Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury Insurance Company rebuttal expert(s): **August 28, 2016.**

Rebuttal reports from all parties: **October 1, 2016.**

Disclosure of all parties' non-expert (fact) witnesses: **November 1, 2015**

Fact Discovery deadline: **December 1, 2016**

Deadline to file dispositive motions[1]: **October 3, 2016**

The final pretrial and trial dates will be set on the calendar of Judge Beckwith.

                                                  s/Stephanie K. Bowman
                                                  Stephanie K. Bowman
                                                  United States Magistrate Judge

---

[1] Courtesy hard copies of any depositions and exhibits that exceed twenty (20) pages in total and are cited in any memorandum, shall be submitted to Judge Beckwith's chambers.