UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **FIFTH THIRD BANCORP,** *et al.*, : | |
| : | Case No. 1:14cv869 |
| **Plaintiffs,** : | Judge Sandra S. Beckwith |
| : | Magistrate Stephanie K. Bowman |
| v. : | |
| : | |
| **CERTAIN UNDERWRITERS AT** : | |
| **LLOYD'S SUBSCRIBING TO POLICY** : | |
| **NOS. B0509QA048710, B0509QA051310** : | |
| **AND 81906760,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF ADDRESS CHANGE

Defendants, Certain Underwriters at Lloyd's Subscribing to Policy Nos. B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company, hereby give notice of an address change for their counsel, Christopher J. Losquadro, John W. Blancett and Christopher C. Novak.  Effective immediately, Sedgwick LLP's address is:  Brookfield Place, 225 Liberty Street, 28th Floor, New York, New York  10281.

March 12, 2015

Respectfully submitted,

*s/ Jean Geoppinger McCoy*
_____
David P. Kamp (OH 0020665)
Jean Geoppinger McCoy (OH 0046881)
Brian D. Goldwasser (OH 0061926)
WHITE, GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
(513) 241-3685

*Attorneys for the Lloyd's
Defendants, Axis and Federal*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading was served, via the Court's CM/ECF system, upon:

| | |
|---|---|
| Charles E. Turnbull, Esq.<br>Lawrence M. Scott, Esq.<br>Mark D. Kaszubski, Esq.<br>O'REILLY RANCILIO, P.C.<br>12900 Hall Road, Suite 350<br>Sterling Heights, Michigan  48313<br>cturnbull@orlaw.com<br>lscott@orlaw.com<br>mkazzubski@orlaw.com<br><br>Kenneth F. Seibel, Esq.<br>Mark J. Byrne, Esq.<br>JACOBS, KLEINMAN,<br>SEIBEL & McNALLY<br>30 Garfield Place, Suite 905<br>Cincinnati, Ohio  45202<br>kseibel@jksmlaw.com<br>mbyrne@jksmlaw.com<br><br>*Attorneys for Plaintiffs,*<br>*Fifth Third Bancorp.*<br>*and The Fifth Third Bank* | Brian S. Strawbridge, Esq.<br>Julia Blackwell Gelinas, Esq.<br>FROST BROWN TODD LLC<br>201 North Illinois Street, Suite 1900<br>Indianapolis, Indiana  46244<br>bstrawbridge@fbtlaw.com<br>jgelinas@fbtlaw.com<br><br>Luke J. Busam, Esq.<br>FROST BROWN TODD, LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, Ohio  45202<br>lbusam@fbtlaw.com<br><br>*Attorneys for Defendants,*<br>*Continental Insurance Company,*<br>*Fidelity and Deposit Insurance Company*<br>*and St. Paul Mercury Insurance Company* |

this 12th day of March, 2015.

                                              *s/ Jean Geoppinger McCoy*
                                              _____
                                              Jean Geoppinger McCoy