# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY** | : | Civil Action No. **1:14cv802** |
| Plaintiff | : | |
| | : | Judge: **Sandra S. Beckwith** |
| vs. | : | Magistrate: **Stephanie K. Bowman** |
| | : | |
| **FIFTH THIRD BANCORP** | : | |
| Defendant | : | |
| | : | |
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : | Civil Action No. **1:14cv869** |
| Plaintiff | : | |
| vs. | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | : | |
| Defendants | : | |

### FIFTH THIRD'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 AND B0509QA051310, AXIS INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER OR IN THE ALTERNATIVE TO STAY DISCOVERY AND BIFURCATE PLAINTIFFS' "BAD FAITH CLAIM"

Now comes Fifth Third Bank and hereby requests an additional seven (7) days in which to respond to Underwriters' Motion for a Protective Order or in the Alternative to Stay

Discovery and Bifurcate plaintiff's "Bad Faith Claim".  This motion is unopposed by counsel for the Underwriters.

                RESPECTFULLY SUBMITTED,

                /S/  Mark J. Byrne
                **MARK J. BYRNE (0029243)**
                **KENNETH F. SEIBEL (0025168)**
                JACOBS, KLEINMAN, SEIBEL & McNALLY
                Cincinnati Club Building
                30 Garfield Place
                Cincinnati, OH  45202
                Phone:   (513) 381-6600
                Fax:       (513) 381-4150
                Email:    mbyrne@jksmlaw.com
                         kseibel@jksmlaw.com
                *Trial Counsel for Defendant Fifth Third Bancorp*
                *and Plaintiff Fifth Third Bancorp and*
                *Third Bank*

                /S/  Charles E. Turnbull
                **CHARLES E. TURNBULL** (Pro Hac Vice)
                **LAWRENCE M. SCOTT** (Pro Hac Vice)
                **MARC D. KASZUBSKI** (Pro Hac Vice)
                O'REILLY RANCILIO P.C.
                12900 Hall Road, Suite 350
                Sterling Heights, MI  48313
                Phone: (586) 726-1000
                Fax:    (586) 726-1560
                Email: cturnbull@orlaw.com
                       lscott@orlaw.com
                       mkaszubski@orlaw.com
                *Co- Counsel for Defendant Fifth Third Bancorp*
                *and Plaintiff Fifth Third Bancorp and*
                *Third Bank*

**MEMORANDUM**

On March 4, 2016 Lloyd's Underwriters filed a Motion for a protective order. (Doc. 53). Fifth Third requests an additional seven (7) days in which to respond to the motion.  Over the

last three weeks, counsel for Fifth Third has spent a considerable amount of time out of town and has been unable to fully brief the motion before the Court.   Fifth Third requests an additional seven (7) days until April 4, 2016 in which to respond to the motion. The motion is unopposed by the counsel for the Underwriters.

                RESPECTFULLY SUBMITTED,


/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:   (513) 381-6600
Fax:      (513) 381-4150
Email:   mbyrne@jksmlaw.com
        kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*


/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
       lscott@orlaw.com
       mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for Plaintiff RLI Insurance Company:*

Robert W. Hojnoski, Esquire
Carrie M. Starts, Esquire
Nathan A. Lennon, Esquire
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, OH  45202
Email: rhojnoski@reminger.com
       cstarts@reminger.com
       nlennon@reminger.com

Scott L. Schmookler, Esquire
Regina A. Ripley, Esquire
Ji-Yeon Suh, Esquire
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL  60606
Email: sschmookler@gordonrees.com
       rripley@gordonrees.com
       jsuh@gordonrees.com

*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company:*

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Equire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Email: dkamp@wgmlpa.com
       bgoldwasser@wgmlpa.com
       jmccoy@wgmlpa.com

    John W. Blancett, Esquire
    Christopher J. Losquadro, Esquire
    Christopher C. Novak, Esquire
    Sedgwick LLP
    Brookfield Place
    225 Liberty Street, 28th Floor
    New York, NY  10281-1008
    Email: John.blancett@sedgwicklaw.com
           Christopher.Losquadro@sedgwicklaw.com
           Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company:*

    Luke J. Busam, Esquire
    Frost Brown Todd LLC
    3300 Great American Tower
    301 E. Fourth Street
    Cincinnati, OH  45202
    Email: lbusam@fbtlaw.com

    Julia Blackwell Gelinas, Esquire
    Bryan S. Strawbridge, Esquire
    Frost Brown Todd, LLC
    201 N. Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    Email: jgelinas@fbtlaw.com
           bstrawbridge@fbtlaw.com

                        /S/  Mark J. Byrne
                        **MARK J. BYRNE (0029243)**
                        *Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*