IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | Civil Action No.: 1:14-cv-802-SSB-SKB |
| Plaintiff, | Judge Sandra S. Beckwith |
| | Magistrate Judge Stephanie K. Bowman |
| v. | |
| FIFTH THIRD BANCORP, | |
| Defendant. | |
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation, | Civil Action No.: 1:14-cv-869-SSB-SKB |
| | Judge Sandra S. Beckwith |
| | Magistrate Judge Stephanie K. Bowman |
| Plaintiffs, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, | |
| Defendants. | |

**CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY OF MARYLAND, AND ST. PAUL MERCURY INSURANCE COMPANY'S JOINDER IN DEFENDANTS' MOTION FOR PROTECTIVE ORDER OR IN THE <u>ALTERNATIVE TO STAY DISCOVERY AND BIFURCATE "BAD FAITH CLAIM"</u>**

Defendants, Continental Insurance Company, Fidelity and Deposit Insurance Company of Maryland, and St. Paul Mercury Insurance Company (collectively, the "Second Excess Insurance Carriers"), by counsel, respectfully join in the *Motion for Protective Order or in The*

*Alternative to Stay Discovery and Bifurcate Plaintiffs' "Bad Faith Claim"* filed by Certain Underwriters under seal on March 4, 2016, and also join in *RLI Insurance Company's Joinder in Certain Underwriters' Motion for Protective Order or in The Alternative to Stay Discovery and Bifurcate Plaintiffs' "Bad Faith Claim"* (Dkt. No. 44) filed on March 17, 2016.  The Second Excess Insurance Carriers respectfully reserve the right to supplement with separate authority and contentions, but, at this time, rely upon the briefing already submitted to the Court, and request the relief contained in such filings.

Respectfully submitted,

FROST BROWN TODD LLC

*/s/Bryan S. Strawbridge*
Julia Blackwell Gelinas (*pro hac vice*)
Bryan S. Strawbridge (*pro hac vice*)
201 N. Illinois Street, Suite 1900
Indianapolis, Indiana 44961
(317) 237-3800
(317) 237-3900 (fax)
jgelinas@fbtlaw.com
bstrawbridge@fbtlaw.com

Luke J. Busam (0082339)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800
(513) 651-6981 (fax)
lbusam@fbtlaw.com

*Attorneys for Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company of Maryland and St. Paul Mercury Insurance Company*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of April, 2016, the foregoing was filed electronically with the Clerk of the Court which will send notifications of such filing to the following counsel registered with the Court's CM/ECF system:

| | |
|---|---|
| Charles E. Turnbull | Carrie Masters Starts (513-455-4033) |
| Marc D. Kaszubski | Nathan Andrew Lennon (513-544-4012) |
| Lawrence M. Scott | Robert W Hojnoski (513-721-1311) |
| cturnbull@orlaw.com | REMINGER CO., L.P.A. |
| mkaszubski@orlaw.com | cmasters@reminger.com |
| lscott@orlaw.com | nlennon@reminger.com |
| *Attorneys for Fifth Third Bancorp and Fifth Third Bank* | rhojnoski@reminger.com |
| | *Attorneys for RLI Insurance Co.* |
| Kenneth Franklin Seibel | Ji-Yeon Suh |
| Mark Joseph Byrne | Regina A. Ripley |
| JACOBS, KLEINMAN, SEIBEL & MCNALLY | Scott L. Schmookler |
| | GORDON REES SCULLY MANSUKHANI, LLP |
| kseibel@jksmlaw.com | |
| mbyrne@jksmlaw.com | jsuh@gordonrees.com |
| *Attorneys for Fifth Third Bancorp and Fifth Third Bank* | rripley@gordonrees.com |
| | sschmookler@gordonrees.com |
| | *Attorneys for RLI Insurance Co.* |
| Brian David Goldwasser | |
| David Paul Kamp | Christopher J. Losquadro |
| Jean Geoppinger McCoy | John W. Blancett |
| WHITE GETGEY & MEYER CO LPA | Christopher C. Novak |
| bgoldwasser@wgmlpa.com | SEDGWICK LLP |
| dkamp@wgmlpa.com | Christopher.losquadro@sedgwicklaw.com |
| jmccoy@wgmlpa.com | John.blancett@sedgwicklaw.com |
| *Attorneys for Certain Underwriters at Lloyd's* | Christopher.novak@sedgwichlaw.com |
| | *Pro Hac Vice Attorneys for Certain Underwriters at Lloyd's* |

                */s/Bryan S. Strawbridge*

LR01439.0614965   4852-0058-3983v1