# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** | Civil Action No. **1:14cv802** |
| Plaintiff | Judge: **Sandra S. Beckwith** |
| vs. | Magistrate: **Stephanie K. Bowman** |
| **FIFTH THIRD BANCORP** | |
| Defendant | |
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | Civil Action No. **1:14cv869** |
| Plaintiff | |
| vs. | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | |
| Defendants | |

**FIFTH THIRD'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 AND B0509QA051310, AXIS INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER OR IN THE ALTERNATIVE TO STAY DISCOVERY AND BIFURCATE PLAINTIFFS' "BAD FAITH CLAIM"**

Now comes Fifth Third Bank and hereby requests until April 8, 2016 in which to respond

to Underwriters' Motion for a Protective Order or in the Alternative to Stay Discovery and

Bifurcate plaintiff's "Bad Faith Claim".  This motion is unopposed by counsel for the Underwriters.

RESPECTFULLY SUBMITTED,

/S/  Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0025168)**
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:     (513) 381-4150
Email:   mbyrne@jksmlaw.com
            kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*


/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
            lscott@orlaw.com
            mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*

## **MEMORANDUM**

On March 4, 2016 Lloyd's Underwriters filed a Motion for a protective order. (Doc. 53). Fifth Third requested an additional seven (7) days in which to respond to the motion until April

2

4, 2016.  Fifth Third requests until April 8, 2016 in which to respond.  Since March 29, 2016 counsel for Fifth Third has been engaged in various discovery disputes with RLI over the scope of a Rule 30(b)(6) deposition.  Additionally, counsel received thousands of documents on Friday afternoon in which a preliminary review was undertaken during this past weekend.  Fifth Third requests an additional four business days until Friday, April 8, 2016 to respond to the Underwriters' motion.  This will not delay a decision on the issues as RLI has filed a similar motion and the response for that motion is not due until Monday, April 11, 2016.  The motion is unopposed by the counsel for the Underwriters.

          RESPECTFULLY SUBMITTED,

          /S/  Mark J. Byrne
          **MARK J. BYRNE (0029243)**
          **KENNETH F. SEIBEL (0025168)**
          JACOBS, KLEINMAN, SEIBEL & McNALLY
          Cincinnati Club Building
          30 Garfield Place
          Cincinnati, OH  45202
          Phone:  (513) 381-6600
          Fax:     (513) 381-4150
          Email:   mbyrne@jksmlaw.com
              kseibel@jksmlaw.com
          *Trial Counsel for Defendant Fifth Third Bancorp*
          *and Plaintiff Fifth Third Bancorp and*
          *Third Bank*


          /S/  Charles E. Turnbull
          **CHARLES E. TURNBULL** (Pro Hac Vice)
          **LAWRENCE M. SCOTT** (Pro Hac Vice)
          **MARC D. KASZUBSKI** (Pro Hac Vice)
          O'REILLY RANCILIO P.C.
          12900 Hall Road, Suite 350
          Sterling Heights, MI  48313
          Phone: (586) 726-1000
          Fax:    (586) 726-1560
          Email: cturnbull@orlaw.com
              lscott@orlaw.com

        mkaszubski@orlaw.com
        *Co- Counsel for Defendant Fifth Third Bancorp*
        *and Plaintiff Fifth Third Bancorp and*
        *Third Bank*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

 *Attorneys for Plaintiff RLI Insurance Company:*

  Robert W. Hojnoski, Esquire
  Carrie M. Starts, Esquire
  Nathan A. Lennon, Esquire
  Reminger Co., LPA
  525 Vine Street, Suite 1700
  Cincinnati, OH  45202
  Email: rhojnoski@reminger.com
     cstarts@reminger.com
     nlennon@reminger.com

  Scott L. Schmookler, Esquire
  Regina A. Ripley, Esquire
  Ji-Yeon Suh, Esquire
  Gordon & Rees, LLP
  One North Franklin, Suite 8800
  Chicago, IL  60606
  Email: sschmookler@gordonrees.com
     rripley@gordonrees.com
     jsuh@gordonrees.com


 *Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing*
 *to Policy Numbers B0509QA048710 and B0509QA051310,*
 *Axis Insurance Company and Federal Insurance Company:*

  David P. Kamp, Esquire
  Brian D. Goldwasser, Esquire
  Jean Geoppinger McCoy, Equire
  White, Getgey & Meyer Co. LPA

    Fourth and Vine Tower
    One West Fourth Street, Suite 1700
    Cincinnati, OH 45202
    Email: dkamp@wgmlpa.com
          bgoldwasser@wgmlpa.com
          jmccoy@wgmlpa.com


    John W. Blancett, Esquire
    Christopher J. Losquadro, Esquire
    Christopher C. Novak, Esquire
    Sedgwick LLP
    Brookfield Place
    225 Liberty Street, 28th Floor
    New York, NY  10281-1008
    Email: John.blancett@sedgwicklaw.com
          Christopher.Losquadro@sedgwicklaw.com
          Christopher.Novak@sedgwicklaw.com


*Attorneys for Defendant Continental Insurance Company,*
*Fidelity and Deposit Insurance Company, St. Paul Mercury:*
*Insurance Company:*

    Luke J. Busam, Esquire
    Frost Brown Todd LLC
    3300 Great American Tower
    301 E. Fourth Street
    Cincinnati, OH  45202
    Email: lbusam@fbtlaw.com

    Julia Blackwell Gelinas, Esquire
    Bryan S. Strawbridge, Esquire
    Frost Brown Todd, LLC
    201 N. Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    Email: jgelinas@fbtlaw.com
          bstrawbridge@fbtlaw.com


                /S/  Mark J. Byrne
                **MARK J. BYRNE (0029243)**

*Trial Counsel for Defendant Fifth Third Bancorp*
*and Plaintiff Fifth Third Bancorp and*
*Third Bank*