UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** | Civil Action No. **1:14cv802** |
| Plaintiff | Judge: **Sandra S. Beckwith** |
| vs. | Magistrate: **Stephanie K. Bowman** |
| **FIFTH THIRD BANCORP** | |
| Defendant | |
| **FIFTH THIRD BANCORP**, an Ohio Corporation, and **FIFTH THIRD BANK**, an Ohio Banking Corporation | Civil Action No. **1:14cv869** |
| Plaintiff | |
| vs. | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760, et al.** | |
| Defendants | |

**FIFTH THIRD'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 AND B0509QA051310, AXIS INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER OR IN THE ALTERNATIVE TO STAY DISCOVERY AND BIFURCATE PLAINTIFFS' "BAD FAITH CLAIM"**

Now comes Fifth Third Bank and hereby requests until April 11, 2016 in which to respond to Underwriters' Motion for a Protective Order or in the Alternative to Stay Discovery

and Bifurcate plaintiff's "Bad Faith Claim".  This motion is unopposed by counsel for the

Underwriters.

        RESPECTFULLY SUBMITTED,


        /S/  Mark J. Byrne
        **MARK J. BYRNE (0029243)**
        **KENNETH F. SEIBEL (0025168)**
        JACOBS, KLEINMAN, SEIBEL & McNALLY
        Cincinnati Club Building
        30 Garfield Place
        Cincinnati, OH  45202
        Phone:  (513) 381-6600
        Fax:     (513) 381-4150
        Email:   mbyrne@jksmlaw.com
                kseibel@jksmlaw.com
        *Trial Counsel for Defendant Fifth Third Bancorp*
        *and Plaintiff Fifth Third Bancorp and*
        *Third Bank*


        /S/  Charles E. Turnbull
        **CHARLES E. TURNBULL** (Pro Hac Vice)
        **LAWRENCE M. SCOTT** (Pro Hac Vice)
        **MARC D. KASZUBSKI** (Pro Hac Vice)
        O'REILLY RANCILIO P.C.
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313
        Phone: (586) 726-1000
        Fax:    (586) 726-1560
        Email:  cturnbull@orlaw.com
               lscott@orlaw.com
               mkaszubski@orlaw.com
        *Co- Counsel for Defendant Fifth Third Bancorp*
        *and Plaintiff Fifth Third Bancorp and*
        *Third Bank*

## **MEMORANDUM**

    Previously this Court granted Fifth Third until April 8, 2016 in which to respond to the

Underwriters' motion.  On April 8, 2016, counsel for Fifth Third was required to attend to an

unexpected health matter for his daughter.  Counsel requests until Monday, April 11, 2016 in

which to file a response.  This request is not for purposes of delay.  As previously indicated, Underwriters do not oppose this one day extension.  This will not delay a decision on the issues as RLI has filed a similar motion and the response for that motion is not due until Monday, April 11, 2016.

                                        RESPECTFULLY SUBMITTED,


                                        /S/  Mark J. Byrne
                                        **MARK J. BYRNE (0029243)**
                                        **KENNETH F. SEIBEL (0025168)**
                                        JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202
Phone:   (513) 381-6600
Fax:      (513) 381-4150
Email:   mbyrne@jksmlaw.com
        kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*


/S/  Charles E. Turnbull
**CHARLES E. TURNBULL** (Pro Hac Vice)
**LAWRENCE M. SCOTT** (Pro Hac Vice)
**MARC D. KASZUBSKI** (Pro Hac Vice)
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI  48313
Phone: (586) 726-1000
Fax:    (586) 726-1560
Email: cturnbull@orlaw.com
       lscott@orlaw.com
       mkaszubski@orlaw.com
*Co- Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

  *Attorneys for Plaintiff RLI Insurance Company:*

    Robert W. Hojnoski, Esquire
    Carrie M. Starts, Esquire
    Nathan A. Lennon, Esquire
    Reminger Co., LPA
    525 Vine Street, Suite 1700
    Cincinnati, OH  45202
    Email: rhojnoski@reminger.com
       cstarts@reminger.com
       nlennon@reminger.com

    Scott L. Schmookler, Esquire
    Regina A. Ripley, Esquire
    Ji-Yeon Suh, Esquire
    Gordon & Rees, LLP
    One North Franklin, Suite 8800
    Chicago, IL  60606
    Email: sschmookler@gordonrees.com
       rripley@gordonrees.com
       jsuh@gordonrees.com

  *Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing*
  *to Policy Numbers B0509QA048710 and B0509QA051310,*
  *Axis Insurance Company and Federal Insurance Company:*

    David P. Kamp, Esquire
    Brian D. Goldwasser, Esquire
    Jean Geoppinger McCoy, Equire
    White, Getgey & Meyer Co. LPA
    Fourth and Vine Tower
    One West Fourth Street, Suite 1700
    Cincinnati, OH 45202
    Email: dkamp@wgmlpa.com
       bgoldwasser@wgmlpa.com
       jmccoy@wgmlpa.com

   John W. Blancett, Esquire
   Christopher J. Losquadro, Esquire
   Christopher C. Novak, Esquire
   Sedgwick LLP
   Brookfield Place
   225 Liberty Street, 28th Floor
   New York, NY  10281-1008
   Email: John.blancett@sedgwicklaw.com
      Christopher.Losquadro@sedgwicklaw.com
      Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Continental Insurance Company,
Fidelity and Deposit Insurance Company, St. Paul Mercury:
Insurance Company:*

   Luke J. Busam, Esquire
   Frost Brown Todd LLC
   3300 Great American Tower
   301 E. Fourth Street
   Cincinnati, OH  45202
   Email: lbusam@fbtlaw.com

   Julia Blackwell Gelinas, Esquire
   Bryan S. Strawbridge, Esquire
   Frost Brown Todd, LLC
   201 N. Illinois Street, Suite 1900
   P.O. Box 44961
   Indianapolis, IN  46244-0961
   Email: jgelinas@fbtlaw.com
      bstrawbridge@fbtlaw.com

        /S/  Mark J. Byrne
        **MARK J. BYRNE (0029243)**
        *Trial Counsel for Defendant Fifth Third Bancorp*
        *and Plaintiff Fifth Third Bancorp and*
        *Third Bank*