# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation, <br><br> Plaintiffs, <br><br> -v.- <br><br> CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, <br><br> Defendants. | Case No. 1:14cv869 <br> Judge Sandra S. Beckwith <br> Magistrate Judge Stephanie K. Bowman |

**DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 AND B0509QA051310, AXIS INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY'S MOTION TO EXTEND THE TIME TO FILE THE REPLY IN SUPPORT OF THE MOTION FOR PROTECTIVE ORDER AND IN THE ALTERNATIVE TO STAY AND BIFURCATE PLAINTIFFS' "BAD FAITH CLAIM"**

Defendants, Certain Underwriters at Lloyd's subscribing to policy numbers B0509QA048710 and B0509QA051310 ("Lloyd's"), AXIS Insurance Company ("AXIS"), and Federal Insurance Company ("Federal") (collectively referred to as "Underwriters") move to extend the time within which to file the Reply in Support of the Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to May 17, 2016, and in support thereof, states as follows:

**1.** Underwriters' Reply in Support of Motion or Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" is due on April 25, 2016. Underwriters ask to move the deadline to May 17, 2016.

**2.** Underwriters are preparing the Reply but have also had to focus efforts on the rigorous schedule of depositions currently in place. Since Fifth Third filed its Response in Opposition to Underwriters' Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" on April 4, 2016, there have been five depositions. Underwriters have been working diligently to advance discovery through depositions in this case.

**3.** Underwriters have spoken with Fifth Third, who does not oppose Underwriters' request for additional time up to May 17, 2016. No party will be prejudiced by the extension.

WHEREFORE, Underwriters respectfully ask the Court to extend the time within which to file Underwriters' Reply in Support of Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to May 17, 2016 and for any other relief the Court deems necessary and appropriate.

April 25, 2016                                    Respectfully submitted,

                                                *s/ Jean Geoppinger McCoy*

                                                David P. Kamp (OH 0020665)
Jean Geoppinger McCoy (OH 0046881)
Brian D. Goldwasser (OH0061926)
WHITE GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
bgoldwasser@wgmlpa.com
(513) 241-3685

John W. Blancett (admitted *pro hac vice)*
Christopher Losquadro (admitted *pro hac vice)*
Christopher Novak (admitted *pro hac vice)*
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, NY  10281
john.blancett@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
christopher.novak@sedgwicklaw.com
(212) 422-0202

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*

CERTIFICATE OF SERVICE

    I hereby certify and affirm that on April 25, 2016, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

| | |
|---|---|
| Mark J. Byrne<br>Kenneth F. Seibel<br>JACOBS, KLEINMAN, SEIBEL & McNALLY<br>Cincinnati Club Building<br>30 Garfield Place<br>Cincinnati, OH  45202<br><br>*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank* | Charles E. Turnbull<br>Lawrence M. Scott<br>Marco D. Kaszubski<br>O'REILLY RANCILIO P.C.<br>12900 Hall Road, Suite 350<br>Sterling Heights, MI  48313<br><br>*Co- Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank* |
| Robert W. Hojnoski, Esquire<br>Carrie M. Starts, Esquire<br>Nathan A. Lennon, Esquire<br>REMINGER CO., LPA<br>525 Vine Street, Suite 1700<br>Cincinnati, OH  45202<br><br>*Attorneys for Plaintiff RLI Insurance Company* | Scott L. Schmookler, Esquire<br>Regina A. Ripley, Esquire<br>Ji-Yeon Suh, Esquire<br>GORDON & REES, LLP<br>One North Franklin, Suite 8800<br>Chicago, IL  60606<br><br>*Attorneys for Plaintiff RLI Insurance Company* |
| Luke J. Busam, Esquire<br>Bryan S. Strawbridge, Esquire<br>Julia Blackwell Gelinas, Esquire<br>FROST BROWN TODD LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH  45202<br><br>*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company* | |

    *s/ Jean Geoppinger McCoy*
    _____
    Jean Geoppinger McCoy