# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

RLI INSURANCE COMPANY,

      Plaintiff

vs.

FIFTH THIRD BANCORP,

      Defendant.

Case No. 1:14-cv-00802
(Related to 1:14-cv-00869)

Beckwith, J.; Bowman, M.J.

## NOTICE

Please take notice that the above captioned case has been set for a **telephone conference** before the Honorable Stephanie K. Bowman as follows:

### May 23, 2016 at 12:00 PM

| | |
|---|---|
| **Telephone conference number:** | **1-888-363-4749** |
| **Access code:** | **8651321** |
| **Participant security code:** | **2010** |

Counsel may submit to the Court a brief summary of the discovery issue (no more than 2 pages) and email it to bowman_chambers@ohsd.uscourts.gov and copy opposing counsel **no later than 5:00 p.m. the day prior to the conference**.  This discovery conference is being scheduled in lieu of filing a motion to compel per the Court's preferences.  Be prepared to argue the issue and for the possibility of an order to follow.  Only if the Court desires additional information will a motion to compel and subsequent briefing be permitted.

s/Kevin Moser
Courtroom Deputy