# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | Case No. 1:14cv869<br>Judge Sandra S. Beckwith<br>Magistrate Judge Stephanie K. Bowman |

**DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 AND B0509QA051310, AXIS INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY'S SECOND UNOPPOSED MOTION TO EXTEND THE TIME TO FILE THE REPLY IN SUPPORT OF THE MOTION FOR PROTECTIVE ORDER AND IN THE ALTERNATIVE TO STAY AND BIFURCATE PLAINTIFFS' "BAD FAITH CLAIM"**

Defendants, Certain Underwriters at Lloyd's subscribing to policy numbers B0509QA048710 and B0509QA051310 ("Lloyd's"), AXIS Insurance Company ("AXIS"), and Federal Insurance Company ("Federal") (collectively referred to as "Underwriters") move to extend the time within which to file the Reply in Support of the Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to June 21, 2016, and in support thereof, states as follows:

**1.** Underwriters' Reply in Support of Motion or Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" is due on May 31, 2016. Underwriters ask to move the deadline to June 21, 2016.

**2.** Underwriters continue to prepare the Reply but have also had to focus efforts on the rigorous schedule of depositions currently in place.  Since Fifth Third filed its Response in Opposition to Underwriters' Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" on April 4, 2016, there have been depositions on an almost weekly basis, many of which involve witnesses which have required travel.  Underwriters have been working diligently to advance discovery through depositions in this case.

**3.** Underwriters have spoken with Fifth Third, who does not oppose Underwriters' request for additional time up to June 21, 2016.  No party will be prejudiced by the extension.

WHEREFORE, Underwriters respectfully ask the Court to extend the time within which to file Underwriters' Reply in Support of Motion for Protective Order and in the Alternative to Stay and Bifurcate Plaintiffs' "Bad Faith Claim" to June 21, 2016 and for any other relief the Court deems necessary and appropriate.

May 27, 2016                                    Respectfully submitted,

                                                *s/ Jean Geoppinger McCoy*

                                                _____
                                                David P. Kamp (OH 0020665)
                                                Jean Geoppinger McCoy (OH 0046881)
                                                Brian D. Goldwasser (OH0061926)
                                                WHITE GETGEY & MEYER CO., L.P.A.
                                                1700 Fourth & Vine Tower
                                                One West Fourth Street
                                                Cincinnati, OH  45202
                                                dkamp@wgmlpa.com
                                                jmccoy@wgmlpa.com
                                                bgoldwasser@wgmlpa.com
                                                (513) 241-3685

                                                John W. Blancett (admitted *pro hac vice*)
                                                Christopher Losquadro (admitted *pro hac vice*)
                                                Christopher Novak (admitted *pro hac vice*)
                                                SEDGWICK LLP
                                                225 Liberty Street, 28th Floor
                                                New York, NY  10281
                                                john.blancett@sedgwicklaw.com
                                                christopher.losquadro@sedgwicklaw.com
                                                christopher.novak@sedgwicklaw.com
                                                (212) 422-0202

                                                *Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*

3

CERTIFICATE OF SERVICE

      I hereby certify and affirm that on May 27, 2016, a copy of the foregoing motion was filed electronically.  Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

| | |
|---|---|
| Mark J. Byrne<br>Kenneth F. Seibel<br>JACOBS, KLEINMAN, SEIBEL<br>& McNALLY<br>Cincinnati Club Building<br>30 Garfield Place<br>Cincinnati, OH  45202<br><br>*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank* | Charles E. Turnbull<br>Lawrence M. Scott<br>Marco D. Kaszubski<br>O'REILLY RANCILIO P.C.<br>12900 Hall Road, Suite 350<br>Sterling Heights, MI  48313<br><br>*Co- Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank* |
| Robert W. Hojnoski, Esquire<br>Carrie M. Starts, Esquire<br>Nathan A. Lennon, Esquire<br>REMINGER CO., LPA<br>525 Vine Street, Suite 1700<br>Cincinnati, OH  45202<br><br>*Attorneys for Plaintiff RLI Insurance Company* | Scott L. Schmookler, Esquire<br>Regina A. Ripley, Esquire<br>Ji-Yeon Suh, Esquire<br>GORDON & REES, LLP<br>One North Franklin, Suite 8800<br>Chicago, IL  60606<br><br>*Attorneys for Plaintiff RLI Insurance Company* |
| Luke J. Busam, Esquire<br>Bryan S. Strawbridge, Esquire<br>Julia Blackwell Gelinas, Esquire<br>FROST BROWN TODD LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH  45202<br><br>*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company* | |

                        *s/ Jean Geoppinger McCoy*
                        _____
                        Jean Geoppinger McCoy