UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY<br><br>                   Plaintiff,<br><br>-v-<br><br>FIFTH THIRD BANCORP,<br><br>                   Defendant.<br><br>_____<br><br>FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>                 Plaintiffs,<br><br>-v.-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>                   Defendants. | Case No. 1:14-cv-00802-SSB-SKB<br><br>Judge:  Sandra S. Beckwith<br>Magistrate Judge:  Stephanie K. Bowman<br><br><br><br><br><br><br><br>Case No. 1:14-cv-869-SSB-SKB<br><br>Judge:  Sandra S. Beckwith<br>Magistrate Judge Stephanie K. Bowman |

## JOINT MOTION TO RESET CALENDAR ORDER

Now come all parties, through counsel, and respectfully move this Honorable Court to change the Court's Calendar Order of March 12, 2015 (Doc. 35 in 1:14-cv-00869).  The parties have been working diligently throughout the discovery process.  It has become apparent, however,

that additional time is necessary. The parties believe that a Revised Calendar Order will allow the parties to conduct the necessary discovery in a way that will be efficient to the Court as well as all parties involved.

On March 12, 2015, this Court issued its Calendar Order which required Plaintiff RLI and Plaintiff Fifth Third to disclose experts March 7, 2016 with reports due May 11, 2016. Defendants were to identify experts June 28, 2016 with reports August 28, 2016. Fact discovery was to be completed by December 1, 2016 with a dispositive motion deadline of October 3, 2016.

On February 19, 2016, the Court granted Joint Motion for Extension of Time to Complete Discovery (Doc. 42 in 1:14-cv-00802). The Order amended the initial Calendar Order to allow RLI and Fifth Third to disclose experts by May 6, 2016 and initial reports July 11, 2016. Defendants, then, were to identify experts August 29, 2016 and submit initial reports by October 27, 2016 with rebuttal reports due December 2, 2016. The discovery deadline was modified so that it would be completed by February 3, 2017. The dispositive motion deadline remained unchanged.

Between the time of granting the Joint Motion for Extension of Time and a later request, the parties commenced a series of depositions. All told, there have been nineteen depositions taken in this litigation with more forthcoming.

Recognizing the significant amount of work that was being conducted, the parties in this matter filed an additional Motion to Extend Deadlines to Disclose Experts. (Doc. 52 in 1:14-cv-00802). Rather than seek an additional extension for the disclosure of experts, the parties, with the Court's permission, agreed to disclose experts at the same time as disclosing initial reports. As a result, RLI and Fifth Third Bank were required to produce reports and identify experts on August 29, 2016 with Defendants to follow October 27, 2016. Since that time, a second Agreed Motion

to Extend Deadlines to Disclose Experts was filed (Doc. 65 in 1:14-cv-00802) and which was granted August 24, 2016.  The Agreed Motion granted an extension for Plaintiffs RLI and Fifth Third Bancorp to disclose the identity of experts and produce initial expert reports on September 2, 2016.  Most recently, on September 1, 2016, RLI and Fifth Third requested an additional extension to disclose experts and produce initial reports September 16, 2016.  On September 2, 2016, the request was granted.

While all of the parties have been diligently attempting to conduct discovery, the parties have agreed to participate in mediation which is scheduled for October 18, 2016 before the Honorable Judge Randall Newsome.  An extension will enable the parties to focus their efforts on the mediation.  The parties, therefore, propose that a new Scheduling Order be issued which sets forth the following dates:

| Date | Description |
|---|---|
| October 18, 2018 | Mediation |
| October 31, 2016 | Plaintiff RLI Insurance Company and Plaintiff Fifth Third Bancorp shall produce expert reports |
| October 31, 2016 | Deadline for filing responses to Fifth Third Bank's objection to Magistrate Judge's Order (Doc. 72 in 1:14-cv-00869) |
| December 31, 2016 | Deadline for production of expert reports of Defendants Certain Underwriters at Lloyds Subscribing to Policy Nos. B0509QA048710 and B0509QA051310, Axis Insurance Company, Federal Insurance Company and Defendants, Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul/Mercury Insurance Company, Defendant Fifth Third and Counterclaim Defendant RLI |
| January 31, 2017 | Rebuttal reports from all parties |

3

March 1, 2017                     Discovery cutoff

March 15, 2017                   Deadline to file dispositive motions

Vacating the current scheduled trial date and rescheduling at the Court's convenience no earlier than late May, 2017.

In addition, the parties agree that Magistrate Judge Bowman's Order of July 27, 2016 staying discovery relating to Fifth Third's bad faith allegation (Doc. 70 in 1:14-cv-00869) remains in effect until the trial court decides Fifth Third's pending objections.  Should the Court sustain the decision of Magistrate Judge Bowman, the stay pertaining to Fifth Third's bad faith allegation shall remain in effect until March 15, 2017.  Fifth Third Bank does not waive any right it may have to seek further reconsideration regarding the stay and bifurcation of bad faith discovery.

For the foregoing reasons, therefore, it is respectfully requested that this Honorable Court vacate the current Scheduling Order and submit a new Order interposing the dates set forth herein.

September 15th , 2016              Respectfully submitted,

                                   s/ Brian D. Goldwasser

                                   _____
                                   David P. Kamp (OH 0020665)
                                   Brian D. Goldwasser (OH 0061926)
                                   Jean Geoppinger McCoy (OH 0046881)
                                   **White, Getgey & Meyer Co., L.P.A.**
                                   1700 Fourth & Vine Tower
                                   One West Fourth Street
                                   Cincinnati, Ohio  45202
                                   (513) 241-3685
                                   dkamp@wgmlpa.com
                                   bgoldwasser@wgmlpa.com
                                   jmccoy@wgmlpa.com


                                   John W. Blancett (admitted *pro hac vice*)
                                   Christopher Losquadro (admitted *pro hac vice*)
                                   Christopher Novak (admitted *pro hac vice*)

4

*Sedgwick, LLP*
225 Liberty Street, 28th Floor
New York, NY  10281
Telephone (212) 422-0202
john.blancett@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
christopher.novak@sedgwicklaw.com

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*


*/s/ Mark J. Byrne*

Mark J. Byrne (0029243)
Kenneth F. Seibel (0025168)
***Jacobs, Kleinman, Seibel & McNally***
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
Phone: (513) 381-6600
Fax: (513) 381-4150
Email: mbyrne@jksmlaw.com
kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

*/s/ Charles E. Turnbull*
Charles E. Turnbull (Pro Hac Vice)
Lawrence M. Scott (Pro Hac Vice)
Marc D. Kaszubski (Pro Hac Vice)
***O'Reilly Rancilio PC***
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Phone: (586) 726-1000
Fax: (586) 726-1560
Email: cturnbull@orlaw.com
lscott@orlaw.com
mkaszubski@orlaw.com

*Co- Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

5

/s/ Scott L. Schmookler
Scott L. Schmookler (Pro Hac Vice)
Regina A. Ripley  (Pro Hac Vice)
Ji-Yeon Suh (Pro Hac Vice)
Gordon & Rees, LLP
One North Franklin, Suite 8800
Chicago, IL  60606
sschmookler@gordonrees.com
rripley@gordoneees.com
jsuh@gordonrees.com


/s/ Robert W. Hojnoski
Robert W. Hojnoski (0070062)
Carrie M. Starts (0083922)
Reminger Co., LPA
525 Vine Street, Suite 1700
Cincinnati, Ohio  45202
rhojnoski@reminger.com
cstarts@reminger.com

*Attorneys for RLI Insurance Company*


/s/ Luke J. Busam
Luke J. Busam (0082339)
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, Ohio  45202
lbusam@fbtlaw.com

/s/ Julia Blackwell Gelinas
Julia Blackwell Gelinas (Pro Hac Vice)
Bryan S. Strawbridge (Pro Hac Vice)
Frost Brown Todd, LLC
201 N. Illinois Street, Suite 1900
P.O Box 44961
Indianapolis, IN  46244-0961
jgelinas @fbtlaw.com
bstrawbridge@fbtlaw.com

*Attorneys for Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury Insurance Company*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

*Attorneys for Plaintiff RLI Insurance Company:*

>Robert W. Hojnoski, Esquire
>Carrie M. Starts, Esquire
>Nathan A. Lennon, Esquire
>Reminger Co., LPA
>525 Vine Street, Suite 1700
>Cincinnati, OH  45202
>Email: rhojnoski@reminger.com
>         cstarts@reminger.com
>         nlennon@reminger.com

>Scott L. Schmookler, Esquire
>Regina A. Ripley, Esquire
>Ji-Yeon Suh, Esquire
>Gordon & Rees, LLP
>One North Franklin, Suite 8800
>Chicago, IL  60606
>Email: sschmookler@gordonrees.com
>         rripley@gordonrees.com
>         jsuh@gordonrees.com


*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company:*

>David P. Kamp, Esquire
>Brian D. Goldwasser, Esquire
>Jean Geoppinger McCoy, Equire
>White, Getgey & Meyer Co. LPA
>Fourth and Vine Tower
>One West Fourth Street, Suite 1700
>Cincinnati, OH 45202
>Email: dkamp@wgmlpa.com
>         bgoldwasser@wgmlpa.com
>         jmccoy@wgmlpa.com

    John W. Blancett, Esquire
    Christopher J. Losquadro, Esquire
    Christopher C. Novak, Esquire
    Sedgwick LLP
    Brookfield Place
    225 Liberty Street, 28th Floor
    New York, NY  10281-1008
    Email: John.blancett@sedgwicklaw.com
          Christopher.Losquadro@sedgwicklaw.com
          Christopher.Novak@sedgwicklaw.com

*Attorneys for Defendant Continental Insurance Company,
Fidelity and Deposit Insurance Company, St. Paul Mercury:
Insurance Company:*

    Luke J. Busam, Esquire
    Frost Brown Todd LLC
    3300 Great American Tower
    301 E. Fourth Street
    Cincinnati, OH  45202
    Email: lbusam@fbtlaw.com

    Julia Blackwell Gelinas, Esquire
    Bryan S. Strawbridge, Esquire
    Frost Brown Todd, LLC
    201 N. Illinois Street, Suite 1900
    P.O. Box 44961
    Indianapolis, IN  46244-0961
    Email: jgelinas@fbtlaw.com
          bstrawbridge@fbtlaw.com

    /S/  Mark J. Byrne
    **MARK J. BYRNE (0029243)**
    *Trial Counsel for Defendant Fifth Third Bancorp
    and Plaintiff Fifth Third Bancorp and
    Third Bank*