UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY<br><br>                Plaintiff,<br><br>-v-<br><br>FIFTH THIRD BANCORP,<br><br>                Defendant.<br><hr>FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>                Plaintiffs,<br><br>-v.-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>                Defendants. | Case No. 1:14-cv-00802-SSB-SKB<br><br>Judge: Sandra S. Beckwith<br>Magistrate Judge: Stephanie K. Bowman<br><br><br><br><br><br>Case No. 1:14-cv-869-SSB-SKB<br><br>Judge: Sandra S. Beckwith<br>Magistrate Judge Stephanie K. Bowman |

### MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM J. BRENNAN

Pursuant to S.D. Ohio Civ. R. 83.3(e), Brian D. Goldwasser, trial attorney for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company hereby moves the

Court to admit William J. Brennan, *pro hac vice*, to appear and participate as counsel or co-counsel in this case and states as follows in support:

1. Movant represents that William J. Brennan is a member in good standing of the highest Court of New York. Attached as Exhibit A is a Certificate of Good Standing to the Bar of the State of New York Second Judicial Department for attorney, William J. Brennan.

2. Movant further represents that William J. Brennan is not eligible to become a member of the permanent Bar of this Court. This Motion is accompanied by the required $200.00 fee.

3. William J. Brennan understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

4. William J. Brennan's relevant identifying information is as follows:

William J. Brennan, Esq.
***Sedgwick, LLP***
225 Liberty Street, 28th Floor
New York, NY  10281
Telephone (212) 422-0202
william.brennan@sedgwicklaw.com

A proposed Order is attached to this Motion for the convenience of the Court.

WHEREFORE, Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, et al. respectfully requests that this Honorable Court enter an Order admitting William J. Brennan, *pro hac vice*, to appear and participate as counsel or co-counsel in this case for Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, et al.

Respectfully submitted,

/s/ Brian D. Goldwasser
Brian D. Goldwasser (0061926)
David P. Kamp (0020665)
WHITE, GETGEY & MEYER CO., LPA
One West Fourth Street, Suite 1700
Cincinnati, OH   45202
(PH)   513-241-3685
(FAX) 513-241-2399
bgoldwasser@wgmlpa.com
dkamp@wgmlpa.com

*Trial Counsel for Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's electronic service this  21st  day of November, 2016 upon the following:

Mark J. Byrne
Kenneth F. Seibel
JACOBS, KLEINMAN, SEIBEL & McNALLY
Cincinnati Club Building
30 Garfield Place
Cincinnati, OH   45202
Email: mbyrne@jksmlaw.com
          kseibel@jksmlaw.com
*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Fifth Third Bank*

3

Charles E. Turnbull *(Pro Hac Vice)*
Lawrence M. Scott *(Pro Hac Vice)*
Marc D. Kaszubski *(Pro Hac Vice)*
O'REILLY RANCILIO, P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Email: cturnbull@orlaw.com
       lscott@orlaw.com
       mkaszubski@orlaw.com

Traci S. Rea
REED SMITH
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
trea@reedsmith.com
*Co-Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Fifth Third Bank*


Robert W. Hojnoski
Carrie M. Starts
Nathan A. Lennon
REMINGER CO., LPA
525 Vine Street, Suite 1700
Cincinnati, OH 45202
Email: rhojnoski@reminger.com
       cstarts@reminger.com
       nlennon@reminger.com

Scott L. Schmookler
Regina A. Ripley
Ji-Yeon Suh
GORDON & REES, LLP
One North Franklin, Suite 8800
Chicago, IL 60606
Email: sschmookler@gordonrees.com
       rripley@gordonrees.com
       jsuh@gordonrees.com
*Trial Attorneys for Plaintiff, RLI Insurance Co.*

Luke J. Busam
FROST BROWN TODD, LLC
3300 E. Fourth Street
Cincinnati, OH 45202
Email: lbusam@fbtlaw.com

Julia Blackwell Gelinas
Bryan S. Strawbridge
FROST BROWN TODD, LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Email: jgelinas@fbtlaw.com
       bstrawbridge@fbtlaw.com
*Trial Attorneys for Defendants Continental Insurance Co.,
Fidelity and Deposit Insurance Co., St. Paul Mercury
Insurance Co.*

                                        /s/ Brian D. Goldwasser
                                        Brian D. Goldwasser



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **William J. Brennan** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 12th day of **December 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 18, 2016.



Clerk of the Court

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY<br><br>        Plaintiff,<br><br>-v-<br><br>FIFTH THIRD BANCORP,<br><br>        Defendant.<br>_____ | Case No. 1:14-cv-00802-SSB-SKB<br><br>Judge: Sandra S. Beckwith<br>Magistrate Judge: Stephanie K. Bowman |
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>        Plaintiffs,<br><br>-v.-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>        Defendants. | Case No. 1:14-cv-869-SSB-SKB<br><br>Judge: Sandra S. Beckwith<br>Magistrate Judge Stephanie K. Bowman |

**ORDER GRANTING MOTION FOR ADMISSION**
**_PRO HAC VICE_ OF WILLIAM J. BRENNAN**

This matter came before the Court upon the Motion of Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance

Company and Federal Insurance Company for admission of attorney William J. Brennan *pro hac vice*, with accompanying Certificate of Good Standing.

It is hereby ORDERED that this Motion is granted and attorney, William J. Brennan is hereby admitted to practice *pro hac vice* as co-counsel for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, et al. pursuant to S. D. Ohio Civ. R. 83.3(3).

IT IS SO ORDERED.

DATED: _____        _____
                                    The United States Magistrate Judge