UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Fifth Third Bancorp, et al.,
    Plaintiffs

v.                               Case No. 1:14-cv-869

Certain Underwriters at Lloyd's
Subscribing to Policy Numbers
B0509QA048710 and B0509QA051310,
et al.,
    Defendants

# ORDER

This matter is before the Court on Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company, and Federal Insurance Company's Motion for Admission of attorney William J. Brennan (Doc. 82).

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney William J. Brennan is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendants Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company, and Federal Insurance Company.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Emily Hiltz, 513.564.7512 or at emily_hiltz@ohsd.uscourts.gov**, to register for Electronic Case Filing.

Date: November 23, 2016                  s/Sandra S. Beckwith
                                               Sandra S. Beckwith, Senior Judge
                                               United States District Court