## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FIFTH THIRD BANCORP, an Ohio
corporation, and FIFTH THIRD BANK,
an Ohio banking corporation,   Case No. 1:14cv869

       Plaintiffs,

       v.

CERTAIN UNDERWRITERS AT
LLOYD'S SUBSCRIBING TO POLICY
NUMBERS B0509QA048710 and B0509QA051310,
AXIS INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY, CONTINENTAL
INSURANCE COMPANY, FIDELITY AND
DEPOSIT INSURANCE COMPANY and
ST. PAUL MERCURY INSURANCE COMPANY,

       Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Upon consideration of Plaintiffs Fifth Third Bancorp's and Fifth Third Bank's (collectively "Fifth Third") Motion for Leave to File an Amended Complaint, the Court having considered the Motion, as well as the briefs and exhibits filed in connection with the Motion:

IT IS HEREBY ORDERED this ___ day of _____, 2016 that: (i) Fifth Third's Motion is GRANTED and; (ii) Fifth Third is given leave to file its Second Amended Complaint.

 

_____
United States District Judge