# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
at Cincinnati, Ohio

IN RE:  Cases Assigned to Senior Judge     General Order No.  17-01
          Sandra S. Beckwith

# ORDER

The Clerk of Court is hereby directed to randomly reassign any case assigned to the undersigned without further Order of this Court.

**SO ORDERED**.

Date: January 3, 2017            s/Sandra S. Beckwith
                                                              Sandra S. Beckwith, Senior Judge
                                                              United States District Court