# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION
### at Cincinnati, Ohio



IN RE: Cases Assigned to Senior Judge     General Order No. 17-01
         Sandra S. Beckwith

## ORDER

The Clerk of Court is hereby directed to randomly reassign any case assigned to the undersigned without further Order of this Court.

**SO ORDERED.**

Date: January 3, 2017          s/Sandra S. Beckwith
         Sandra S. Beckwith, Senior Judge
         United States District Court

| | |
|---|---|
| 1:13-cv-00172 | United States of America v. Contents of Account xxx1268, up to Two Hundred Fifteen Thousand Twelve Dollars and Five Cents ($215,012.55) |
| 1:13-cv-00624 | Andwan v Greenhills Village of, et al. |
| 1:13-cv-00599 | May v SSA |
| 1:14-cv-00313 | Newberry v. Silverman et al |
| 1:14-cv-00582 | Holmes v. Cincinnati, City of |
| 1:14-cv-00802 | RLI Insurance Company v. Fifth Third Bancorp |
| 1:14-cv-00869 | Fifth Third Bancorp et al v. Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710, B0509QA051310, and 81906760 et al |
| 1:14-cv-00948 | Smith v. Doe et al |
| 1:15-cv-00314 | Parr v. Commissioner of Social Security |
| 1:15-cv-00337 | Williams v. Collins et al |
| 1:15-cv-00449 | Newman et al v. Centrus Energy Corp. et al |
| 1:15-cv-00674 | Rowe v. United States of America |
| 1:15-cv-00684 | Kennedy v. Coleman |
| 1:15-cv-00713 | Foster v. Warden, Toledo Correctional Institution |
| 1:15-cv-00785 | United States of America v. A 2011 Mack Granite Series GU713 Truck, VIN# IM2AX09C5BM009801, etc., et al |
| 1:15-cv-00804 | Black v. USA |
| 1:15-cv-00807 | Allen v. Commissioner of Social Security |
| 1:16-cv-00268 | Robinson et al v. Goshen Township et al |
| 1:16-cv-00677 | Turner v. USA |
| 1:16-cv-00750 | Martinez v. USA |
| 1:16-cv-00846 | Foster v Warden |
| 1:16-cv-01161 | Watkins v USA |
| 1:04cr57-2 | USA v Black |
| 1:14cr58-3 | USA v Martinez |
| 1:05cr71 | USA v McFinley |
| 1:03cr46 | USA v Turner |
| 1:14cr31 | USA v Watkins |