UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **FIFTH THIRD BANCORP,** *et al.*, | : | |
| | : | Case No. 1:14cv869 |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | Magistrate Stephanie K. Bowman |
| v. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NOS. B0509QA048710, B0509QA051310 AND 81906760,** *et al.*, | : : : : | |
| | : | |
| Defendants. | : | |

**MOTION OF DEFENDANTS, CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NOS. B0509QA048710 AND B0509QA051310, AXIS INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY FOR LEAVE TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants, Certain Underwriters at Lloyd's Subscribing to Policy Nos. B050QA048710 and B050QA051310 ("Lloyd's"), Axis Insurance Company ("Axis") and Federal Insurance Company ("Federal") (collectively referred to as "Underwriters") move this Honorable Court for leave to file under seal its Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint. Arguments set forth in Underwriters' Opposition reference documents and material which have been marked confidential by the parties. Further, documents to be attached to Underwriters' Opposition are confidential. On March 27, 2015, this Court entered a Stipulated Protective Order regarding the production and exchange of confidential and privileged documents and information (Doc. No. 39, a copy of which is attached hereto as

1

Exhibit 1). Pursuant to the Stipulated Protective Order, any party wishing to file any document containing confidential information, including a Motion or supporting legal memorandum, shall file such document under seal. [1]

For the foregoing reasons, therefore, it is respectfully requested that this honorable court grant leave to Underwriters to file its Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint under seal.

Respectfully submitted,

*s/ Jean Geoppinger McCoy*

_____
David P. Kamp (OH 0020665)
Brian D. Goldwasser (OH 0061926)
Jean Geoppinger McCoy (OH 0046881)
WHITE, GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
dkamp@wgmlpa.com
bgoldwasser@wgmlpa.com
jmccoy@wgmlpa.com
(513) 241-3685

*Attorneys for the Lloyd's Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to counsel for all parties.

*s/ Jean Geoppinger McCoy*

_____
Jean Geoppinger McCoy

---

[1] See paragraph 10 of Stipulated Protective Order.