UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **FIFTH THIRD BANCORP**, *et al.*, | : | |
| | : | Case No. 1:14cv869 |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | Magistrate Stephanie K. Bowman |
| v. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NOS. B0509QA048710, B0509QA051310 AND 81906760**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS, CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NOS. B0509QA048710 AND B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY AND ST. PAUL MERCURY INSURANCE COMPANY UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants, Certain Underwriters at Lloyd's Subscribing to Policy Nos. B050QA048710 and B050QA051310 ("Lloyd's"), Axis Insurance Company ("Axis") and Federal Insurance Company ("Federal"), Continental Insurance Company ("Continental"), Fidelity and Deposit Insurance Company ("Fidelity") and St. Paul Mercury Insurance Company ("St. Paul Mercury") (collectively referred to as "Defendants") move this Honorable Court for an extension of time, until January 11, 2017, within which to respond to file its response to Plaintiffs' Motion for Leave to File Second Amended Complaint. The reasons for this Motion are more fully set forth in the attached Memorandum in Support.

1

January 4, 2017                                    Respectfully submitted,


                                                   /s/ *Jean Geoppinger McCoy*
                                                   _____
                                                   David P. Kamp (OH 0020665)
                                                   Brian D. Goldwasser (OH 0061926)
                                                   Jean Geoppinger McCoy (OH 0046881)
                                                   WHITE, GETGEY & MEYER CO., L.P.A.
                                                   1700 Fourth & Vine Tower
                                                   One West Fourth Street
                                                   Cincinnati, Ohio 45202
                                                   dkamp@wgmlpa.com
                                                   bgoldwasser@wgmlpa.com
                                                   jmccoy@wgmlpa.com
                                                   (513) 241-3685

                                                   John W. Blancett (admitted *pro hac vice*)
                                                   Christopher Novak (admitted *pro hac vice*)
                                                   Christopher Losquadro (admitted *pro hac vice*)
                                                   SEDGWICK LLP
                                                   225 Liberty Street, 28th Floor
                                                   New York, NY  10281
                                                   john.blancett@sedgwicklaw.com
                                                   christopher.novak@sedgwicklaw.com
                                                   christopher.losquadro@sedgwicklaw.com
                                                   (212) 422-0202

                                                   *Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*

                                                   Luke J. Busam
                                                   Bryan S. Strawbridge (admitted *pro hac vice*)
                                                   Julia Blackwell Gelinas (admitted *pro hac vice*)
                                                   FROST BROWN TODD LLC
                                                   3300 Great American Tower
                                                   301 E. Fourth Street
                                                   Cincinnati, OH  45202

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

## **MEMORANDUM**

In support of its Motion for an Extension of Time to file its response to Plaintiffs' Motion for Leave to File Second Amended Complaint, Defendants state as follows.

Defendants' response to Plaintiffs' Motion for Leave to File Second Amended Complaint is presently due on January 4, 2017.  Defendants are preparing the response but have also had to focus efforts on the expert report deadline.  In addition, due to the complexity of the issue and continued activity in the case over the holidays, counsel for Defendants require additional time to complete their preparation of Defendants' response.

Prior to filing this motion, Defendants' counsel advised Plaintiffs' counsel of the situation and inquired whether they would have any objection to the requested extension.  Plaintiffs' counsel graciously agreed to an extension of the deadline for Defendants to file the response to January 11, 2017.

January 4, 2017                     Respectfully submitted,


                                    *s/ Jean Geoppinger McCoy*
                                    _____
                                    David P. Kamp (OH 0020665)
                                    Brian D. Goldwasser (OH 0061926)
                                    Jean Geoppinger McCoy (OH 0046881)
                                    WHITE, GETGEY & MEYER CO., L.P.A.
                                    1700 Fourth & Vine Tower
                                    One West Fourth Street
                                    Cincinnati, Ohio 45202
                                    dkamp@wgmlpa.com
                                    bgoldwasser@wgmlpa.com
                                    jmccoy@wgmlpa.com
                                    (513) 241-3685

                                    John W. Blancett (admitted *pro hac vice*)

Christopher Novak (admitted *pro hac vice*)
Christopher Losquadro (admitted *pro hac vice*)
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, NY  10281
john.blancett@sedgwicklaw.com
christopher.novak@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
(212) 422-0202

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*

Luke J. Busam
Bryan S. Strawbridge (admitted *pro hac vice*)
Julia Blackwell Gelinas (admitted *pro hac vice*)
FROST BROWN TODD LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH  45202

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2017, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to counsel for all parties.

*s/ Jean Geoppinger McCoy*
_____
Jean Geoppinger McCoy