UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Fifth Third Bancorp,

    Plaintiff,

        v.                          Case. No. 1:14cv869

Certain Underwriters at Lloyd's
Subscribing to Policy Numbers
B0509QA048710, B0509QA051310
And 81906760, et al.,              Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is hereby transferred from the docket of the Honorable Michael R. Barrett to the Office of the Clerk for reassignment. This matter is reassigned to the Honorable Timothy S. Black.

    **IT IS SO ORDERED.**

                                                  *S/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge