IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | Civil Action No.: 1:14-cv-802-TSB-SKB |
| Plaintiff, | Judge Timothy S. Black |
| v. | Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANCORP, | |
| Defendant. | |
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation, | Civil Action No.: 1:14-cv-869-TSB-SKB |
| Plaintiffs, | Judge Timothy S. Black |
| v. | Magistrate Judge Stephanie K. Bowman |
| CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY, | |
| Defendants. | |

**SECOND EXCESS INSURANCE CARRIERS' NOTICE OF JOINDER
IN UNDERWRITERS' MEMORANDUM CONTRA TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants, Continental Insurance Company, Fidelity and Deposit Insurance Company of Maryland, and St. Paul Mercury Insurance Company (collectively, the "Second Excess Insurance Carriers"), by counsel, respectfully join in the opposition to Fifth Third Bank's motion for leave to amend its complaint filed by Certain Underwriters at Lloyds Subscribing to Policy

Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company, on January 11, 2017.  The Second Excess Insurance Carriers respectfully reserve the right to supplement with separate authority and contentions, but, at this time, rely upon the briefing already submitted to the Court, and request the relief contained in such filings.

Respectfully submitted,

FROST BROWN TODD LLC

*/s/  Bryan S. Strawbridge*
Julia Blackwell Gelinas (*pro hac vice*)
Bryan S. Strawbridge (*pro hac vice*)
201 N. Illinois Street, Suite 1900
Indianapolis, Indiana 44961
(317) 237-3800
(317) 237-3900 (fax)
jgelinas@fbtlaw.com
bstrawbridge@fbtlaw.com

Luke J. Busam (0082339)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800
(513) 651-6981 (fax)
lbusam@fbtlaw.com

*Attorneys for Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company of Maryland and St. Paul Mercury Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of January, 2017, the foregoing was filed electronically with the Clerk of the Court which will send notifications of such filing to the following counsel registered with the Court's CM/ECF system:

Charles E. Turnbull
Marc D. Kaszubski
Lawrence M. Scott
O'Reilly Rancilio P.C.
cturnbull@orlaw.com
mkaszubski@orlaw.com
lscott@orlaw.com
*Attorneys for Fifth Third Bancorp and Fifth Third Bank*

Kenneth Franklin Seibel
Mark Joseph Byrne
Jacobs, Kleinman, Seibel & McNally
kseibel@jksmlaw.com
mbyrne@jksmlaw.com
*Attorneys for Fifth Third Bancorp and Fifth Third Bank*

Traci S. Rea
David M. Halbreich
Douglas R. Widin
Reed Smith
trea@reedsmith.com
dhalbreich@reedsmith.com
dwidin@reedsmith.com
*Attorneys for Fifth Third Bancorp and Fifth Third Bank*

Brian David Goldwasser
David Paul Kamp
Jean Geoppinger McCoy
White Getgey & Meyer Co. LPA
bgoldwasser@wgmlpa.com
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
*Attorneys for Certain Underwriters at Lloyd's*

Carrie Masters Starts
Nathan Andrew Lennon
Robert W Hojnoski
Reminger Co., L.P.A.
cmasters@reminger.com
nlennon@reminger.com
rhojnoski@reminger.com
*Attorneys for RLI Insurance Co.*

Ji-Yeon Suh
Regina A. Ripley
Scott L. Schmookler
Gordon Rees Scully Mansukhani, LLP
jsuh@gordonrees.com
rripley@gordonrees.com
sschmookler@gordonrees.com
*Attorneys for RLI Insurance Co.*

Christopher J. Losquadro
John W. Blancett
Christopher C. Novak
William J. Brennan
Sedgwick LLP
Christopher.losquadro@sedgwicklaw.com
John.blancett@sedgwicklaw.com
Christopher.novak@sedgwichlaw.com
William.brennan@sedgwicklaw.com
*Pro Hac Vice Attorneys for Certain Underwriters at Lloyd's*

                                                          */s/ Bryan S. Strawbridge*

LR01439.0614965  4851-9302-8928v1