UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>FIFTH THIRD BANCORP,<br><br>    Defendant. | Civil Action No. 1:14cv802<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, B0509QA051310, and 81906760, et al.,<br><br>    Defendants. | Civil Action No. 1:14-cv-869<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Fifth Third Bancorp and Fifth Third Bank (collectively "Fifth Third") and Defendants Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company and Federal Insurance Company ("Insurers") have filed a joint motion (doc. 96 in 1:14-cv-00869) to extend the following deadlines:

1. The deadline for production of expert reports opining on the existence and/or quantum of a loss of Defendants Certain Underwriters at Lloyd's Subscribing to Policy Nos. B0509QA048710 and B0509QA051310, Axis Insurance Company, Federal Insurance Company, and Defendants Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul/Mercury Insurance Company, Defendant Fifth Third and Counterclaim Defendant RLI Insurance Company shall be extended from January 16, 2017 to January 31, 2017;

2. The deadline for Fifth Third to respond to Underwriters' First Set of Interrogatories and Second Request for the Production of Documents shall be extended from January 15, 2017 to January 31, 2017; and

3. Fifth Third shall have until February 2, 2017 in which to file its reply to Underwriters' memorandum in opposition to Fifth Third's leave to file an amended complaint (doc. 85).

IT IS HEREBY ORDER THAT Fifth Third and Insurers' motion is GRANTED.

| 1/17/17 | s/Stephanie K. Bowman |
|---|---|
| Date | Stephanie K. Bowman<br>UNITED STATES MAGISTRATE JUDGE |