IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>Plaintiffs,<br><br>-against-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, and B0509QA051310, AXIS INSURANCE COMPANY, ACE INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 1:14-cv-869 |

**UNDERWRITERS' MOTION FOR
PROTECTIVE ORDER AS TO RULE 30(B)(6) NOTICES**

David P. Kamp (OH 0020665)
Brian D. Goldwasser (OH0061926)
WHITE GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
bgoldwasser@wgmlpa.com
Telephone (513) 241-3685

John W. Blancett (admitted *pro hac vice*)
Christopher Losquadro (admitted *pro hac vice*)
Christopher Novak (admitted *pro hac vice*)
William J. Brennan (admitted *pro hac vice*)
SEDGWICK LLP
john.blancett@sedgwicklaw.com

84210739v1

christopher.losquadro@sedgwicklaw.com  
christopher.novak@sedgwicklaw.com  
william.brennan@sedgwicklaw.com  
225 Liberty Street, 28th Floor  

225 Liberty Street, 28th Floor
New York, NY 10281
Telephone (212) 422-0202

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*

Defendants Certain Underwriters at Lloyd's subscribing to Policy Numbers B0509QA048710 and B0509QA051310 (Lloyd's Syndicates 2488 ("ACE"); 2007 ("Novae"); 1183 ("Talbot"); and 1084 ("Chaucer"), collectively "Lloyd's"); AXIS Insurance Company ("AXIS"); and Federal Insurance Company ("Federal") (Lloyd's, AXIS, and Federal are collectively referred to herein as "Underwriters") hereby move for a protective order pursuant to Fed. R. Civ. P. 26(c) concerning identical Rule 30(b)(6) Deposition Notices that Plaintiffs Fifth Third Bancorp and Fifth Third Bank (collectively, "Fifth Third") served on each of the Lloyd's Syndicates, AXIS and Federal. Specifically, Underwriters respectfully request that the Court enter an order granting Underwriters a protective order under Rule 26(c)(1): (1) prohibiting Fifth Third from deposing, or serving further discovery demands on, Chaucer, Novae, and Talbot; (2) striking Topic Nos. 1-5, 6, 11-12, and 14-17 from the 30(b)(6) Notices served on Underwriters; and (3) ordering Fifth Third to pay the reasonable fees and costs incurred by Underwriters in bringing this motion; and for such other and further relief as the Court deems just and equitable.

Dated:    January 23, 2017
               New York, New York

                                       Respectfully submitted,

                                       /s/ William J. Brennan
                                       David P. Kamp (OH 0020665)
                                       Jean Geoppinger McCoy (OH 0046881)
                                       Brian D. Goldwasser (OH0061926)
                                       WHITE GETGEY & MEYER CO., L.P.A.
                                       1700 Fourth & Vine Tower
                                       One West Fourth Street
                                       Cincinnati, OH 45202
                                       dkamp@wgmlpa.com
                                       jmccoy@wgmlpa.com
                                       bgoldwasser@wgmlpa.com
                                       Telephone (513) 241-3685
                                       *Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers* B0509QA048710 *and*

*B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*

John W. Blancett (admitted *pro hac vice*)
Christopher Losquadro (admitted *pro hac vice*)
Christopher Novak (admitted *pro hac vice*)
William J. Brennan (admitted *pro hac vice*)
SEDGWICK LLP
john.blancett@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
christopher.novak@sedgwicklaw.com
william.brennan@sedgwicklaw.com
225 Liberty Street, 28th Floor
New York, NY 10281
Telephone (212) 422-0202

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the following was served this 23rd day of January, 2017 by electronic transmission and ECF upon counsel.

          */s/ William J. Brennan*
          William J. Brennan, Esq.