## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RLI Insurance Company,** | : | Civil Action No.  **1:14cv802** |
| | : | |
| Plaintiff, | : | Judge **Timothy Black** |
| | : | Magistrate Judge **Stephanie K. Bowman** |
| vs. | : | |
| | : | |
| **Fifth Third Bancorp,** | : | |
| | : | |
| Defendant. | : | |

---

| | | |
|---|---|---|
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : | Civil Action No.  **1:14cv869** |
| | : | |
| | : | Judge **Timothy Black** |
| | : | Magistrate Judge **Stephanie K. Bowman** |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760,** *et al.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF FIFTH THIRD BANCORP AND FIFTH THIRD BANK'S MOTION FOR AN EXTENSION OF FOUR DAYS TO RESPOND TO THE UNDERWRITERS' MOTION FOR A PROTECTIVE ORDER

Now come Plaintiffs, Fifth Third Bancorp and Fifth Third Bank ("Fifth Third"), and hereby request an additional four days until February 3, 2017 to respond to the Underwriters' Motion for a Protective Order.  A memorandum in support of said motion follows.

RESPECTFULLY SUBMITTED,

/S/   Mark J. Byrne
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0029243)**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Trial Attorneys for Plaintiffs
Cincinnati Club Building
30 Garfield Place, Suite 905
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:      (513) 381-4150
Email: mbyrne@jksmlaw.com
          kseibel@jksmlaw.com


**David Halbreich (pro hac vice motion pending)**
**Traci Rea (pro hac vice motion pending)**
**Douglas Widin (pro hac vice motion pending)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **RLI Insurance Company,** | : | Civil Action No. **1:14cv802** |
| | : | |
| Plaintiff, | : | Judge **Timothy Black** |
| | : | Magistrate Judge **Stephanie K. Bowman** |
| vs. | : | |
| | : | |
| **Fifth Third Bancorp,** | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **FIFTH THIRD BANCORP, an Ohio Corporation, and FIFTH THIRD BANK, an Ohio Banking Corporation** | : : : | Civil Action No. **1:14cv869** |
| | : | Judge **Timothy Black** |
| | : | Magistrate Judge **Stephanie K. Bowman** |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY B0509QA048710, B0509QA051310, 81906760,** *et al.* | : : : : | |
| | : | |
| Defendants. | : | |

## <u>MEMORANDUM IN SUPPORT</u>

On the evening of January 23, 2017, the Underwriters filed a Motion for a Protective Order (Doc. 98).  The motion raises several important issues relating to the scope of discovery on Fifth Third's breach of contract claim.  The Court's ruling on this motion will have a significant impact on how the case proceeds.  On January 24, 2017, the Court issued an expedited briefing schedule for the motion.  That schedule requires Fifth Third to file its response by January 30, 2017.  For the following reasons, Fifth Third respectfully requests an additional four days in which to file its response.

3

First, there are several deadlines in the consolidated cases that occur early next week which Fifth Third is working to meet.  Rebuttal expert reports are due January 31, 2017, Fifth Third's reply in support of its motion to amend its complaint is due on February 2, 2017, and Fifth Third's responses to certain of the Underwriters' discovery requests are due on January 31, 2017 as well.

Second, on January 26, 2017, the excess carriers filed a notice to join in the Underwriters' Motion for a Protective Order (Doc. 99).  In addition to the issues raised in the Underwriters' motion, the excess carriers raised several separate points, that are reflected.  in a letter attached to their motion.  Fifth Third's request for this short extension contemplates a signal response to both Underwriters' motion and the excess carriers' motion.

Counsel for Fifth Third contacted counsel for the Underwriters to determine if they opposed Fifth Third's request for this short extension of time.  Their response was they could not join in the motion.   Accordingly, Fifth Third requests an extension of four days, until February 3, 2017, in which to file its joint response.

RESPECTFULLY SUBMITTED,

/S/     Mark J. Byrne                                        
**MARK J. BYRNE (0029243)**
**KENNETH F. SEIBEL (0029243)**
JACOBS, KLEINMAN, SEIBEL & MCNALLY
Trial Attorneys for Plaintiffs
Cincinnati Club Building
30 Garfield Place, Suite 905
Cincinnati, OH  45202
Phone:  (513) 381-6600
Fax:     (513) 381-4150
Email:  mbyrne@jksmlaw.com
          kseibel@jksmlaw.com

**David Halbreich (pro hac vice motion pending)**
**Traci Rea (pro hac vice motion pending)**
**Douglas Widin (pro hac vice motion pending)**
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080
*Counsel for Fifth Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, a copy of the foregoing motion was filed electronically. Notice of this filing will be served on all parties of record by operation of the Court's electronic filing system:

Scott L. Schmookler (Pro Hac Vice)
Regina A. Ripley (Pro Hac Vice)
Ji-Yeon Suh (Pro Hac Vice)
GORDON & REES LLP
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 565-1400
Emails: sschmookler@gordonrees.com
         rripley@gordonrees.com
         jsuh@gordonrees.com

Charles E. Turnbull
Lawrence M. Scott
Marc D. Kaszubski
O'REILLY RANCILIO P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Email:  cturnbull@orlaw.com
         lscott@orlaw.com
         mkaszubski@orlaw.com

*Attorneys for Fifth Third Bancorp*

Luke Busam
Bryan S. Strawbridge, Esquire
Julia Blackwell Gelinas, Esquire
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Emails:  jgelinas@fbtlaw.com
         bstrawbridge@fbtlaw.com
         lbusam@fbtlaw.com

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*

6

David P. Kamp, Esquire
Brian D. Goldwasser, Esquire
Jean Geoppinger McCoy, Equire
White, Getgey & Meyer Co. LPA
Fourth and Vine Tower
One West Fourth Street, Suite 1700
Cincinnati, OH 45202
Emails:  dkamp@wgmlpa.com
         bgoldwasser@wgmlpa.com
         jmccoy@wgmlpa.com

John W. Blancett, Esquire
Christopher J. Losquadro, Esquire
Christopher C. Novak, Esquire
Sedgwick LLP
Brookfield Place
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Emails:  john.blancett@sedgwicklaw.com
         christopher.losquadro@sedgwicklaw.com
         christopher.novak@sedgwicklaw.com


*Attorneys for Defendant Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, Axis Insurance Company and Federal Insurance Company*


                    /s/ Mark J. Byrne
                    _____
                    **Mark Byrne**