# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANCORP,<br><br>　　　　　Defendant. | Civil Action No. 1:14cv802<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, B0509QA051310, and 81906760, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:14-cv-869<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |

**MOTION AND MEMORANDUM FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION FOR
PROTECTIVE ORDER**

　　Now come Defendants Certain Underwriters at Lloyd's et. al., through counsel, and respectfully request that the Court grant Defendants an additional three days, until February 10, 2017, to file their replies in support of the Motion for Protective Order (Doc. 98).  On January 24, the day after the Motion was filed, the Court issued an expedited briefing schedule which

initially required Fifth Third to file its response by January 30, 2017.  Fifth Third filed a Motion for Extension (Doc. 100), which was granted, extending the response to February 3, 2017 with replies due February 7, 2017.  Fifth Third has raised several issues in its response which requires additional time to adequately brief.  Counsel for Defendants has consulted with Fifth Third and has been advised that Fifth Third does not object to an extension of three days.  Accordingly, Defendants respectfully request an extension until February 10, 2017 in which to file their reply in support of its Motion for Protective Order.

February 7, 2017                           Respectfully submitted,

*s/ Brian D. Goldwasser*

_____
David P. Kamp (OH 0020665)
Brian D. Goldwasser (OH 0061926)
Jean Geoppinger McCoy (OH 0046881)
***White, Getgey & Meyer Co., L.P.A.***
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202
(513) 241-3685
dkamp@wgmlpa.com
bgoldwasser@wgmlpa.com
jmccoy@wgmlpa.com


John W. Blancett (admitted *pro hac vice*)
Christopher Losquadro (admitted *pro hac vice*)
Christopher Novak (admitted *pro hac vice*)
***Sedgwick, LLP***
225 Liberty Street, 28th Floor
New York, NY  10281
Telephone (212) 422-0202
john.blancett@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
christopher.novak@sedgwicklaw.com

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310,*

2

*AXIS Insurance Company, and Federal Insurance Company*

*s/ Julia Blackwell Gelinas*

_____

Luke J. Busam
Bryan S. Strawbridge (admitted *pro hac vice*)
Julia Blackwell Gelinas (admitted *pro hac vice*)
**Frost Brown Todd LLC**
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH  45202

*Attorneys for Defendant Continental Insurance Company, Fidelity and Deposit Insurance Company, St. Paul Mercury: Insurance Company*