## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY<br><br>    Plaintiff,<br><br> -v-<br><br>FIFTH THIRD BANCORP,<br><br>    Defendant.<br><br>―――――――――――――――――<br><br>FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>    Plaintiffs,<br><br> -v.-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710 and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>    Defendants. | Case No. 1:14-cv-00802-SSB-SKB<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman<br><br><br><br><br><br><br>Case No. 1:14-cv-869-SSB-SKB<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |

### JOINT MOTION TO RESET CALENDAR ORDER

  Now come all parties, through counsel, and respectfully move this Honorable Court to amend the Calendar Order in the above actions. Under the current Calendar Order, the deadline to complete discovery is March 1, 2017 and the deadline for dispositive motions is March 15,

2017.  The parties have been working diligently throughout the discovery process.  Thousands of documents have been produced, more than a dozen depositions have been taken and several expert reports have been exchanged to date.

It has become apparent, however, that additional time is necessary to complete the discovery process.  The parties believe that a Revised Calendar Order will allow the parties to conduct the necessary discovery in a way that will be efficient to the Court as well as all parties involved.

For the foregoing reasons, the parties jointly and respectfully request that a new Calendar Order be issued which sets forth the following dates:

| | |
|---|---|
| Last day to serve written discovery demands: | April 14, 2017 |
| Last day for parties to file discovery motions: | May 15, 2017 |
| Discovery Deadline: | May 15, 2017 |
| Dispositive Motions: | June 3, 2017 |

The stay pertaining to Fifth Third's bad faith allegation shall remain in effect until no earlier than June 3, 2017.

Additionally, the parties have been in contact with the office of Judge Black regarding a proposed trial date and jointly request that the Court re-set the trial(s) to commence October 23, 2016.

A proposed order is attached.

February  9, 2017            Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Mark J. Byrne

　　　　　　　　　　　　　　　　　　Mark J. Byrne (0029243)
　　　　　　　　　　　　　　　　　　Kenneth F. Seibel (0025168)
　　　　　　　　　　　　　　　　　　*Jacobs, Kleinman, Seibel & McNally*
　　　　　　　　　　　　　　　　　　Cincinnati Club Building
　　　　　　　　　　　　　　　　　　30 Garfield Place

Cincinnati, OH 45202
Phone: (513) 381-6600
Fax: (513) 381-4150
Email: mbyrne@jksmlaw.com
kseibel@jksmlaw.com

*Trial Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

David Halbreich (Pro Hac Vice)
Traci Rea (Pro Hac Vice)
Douglas Widin (Pro Hac Vice)
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8033
Facsimile: +1 213 457 8080

Email:      dhalbreich@reedsmith.com
            dwidin@reedsmith.com
            trea@reedsmith.com

Charles E. Turnbull (Pro Hac Vice)
Lawrence M. Scott (Pro Hac Vice)
Marc D. Kaszubski (Pro Hac Vice)
***O'Reilly Rancilio PC***
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
Phone: (586) 726-1000
Fax: (586) 726-1560
Email: cturnbull@orlaw.com
lscott@orlaw.com
mkaszubski@orlaw.com

*Co- Counsel for Defendant Fifth Third Bancorp and Plaintiff Fifth Third Bancorp and Third Bank*

/s/ Brian D. Goldwasser
_____
David P. Kamp (OH 0020665)
Brian D. Goldwasser (OH 0061926)
Jean Geoppinger McCoy (OH 0046881)
***White, Getgey & Meyer Co., L.P.A.***
1700 Fourth & Vine Tower

        One West Fourth Street
Cincinnati, Ohio  45202
(513) 241-3685
dkamp@wgmlpa.com
bgoldwasser@wgmlpa.com
jmccoy@wgmlpa.com


John W. Blancett (admitted *pro hac vice*)
Christopher Losquadro (admitted *pro hac vice*)
Christopher Novak (admitted *pro hac vice*)
**Sedgwick, LLP**
225 Liberty Street, 28th Floor
New York, NY  10281
Telephone (212) 422-0202
john.blancett@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
christopher.novak@sedgwicklaw.com

*Attorneys for Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710 and B0509QA051310, AXIS Insurance Company, and Federal Insurance Company*


  /s/ Julia Blackwell Gelinas
Luke John Busam
Julia Blackwell Gelinas
Bryan S Strawbridge
Frost Brown Todd
201 N. Illinois Street, Suite 1900
Indianapolis, IN 46244
Email: bstrawbridge@fbtlaw.com
       jgelinas@fbtlaw.com
lbusam@fbtlaw.com

*Attorneys for Continental Insurance Company; Fidelity and Deposit Insurance Company; St. Paul Mercury Insurance Company*


  /s/ Scott L. Schmookler
Robert W Hojnoski
Carrie Masters Starts
Nathan Andrew Lennon
Reminger Co., L.P.A.
525 Vine Street , Suite 1700

Cincinnati, OH 45202
Email: cstarts@reminger.com
       rhojnoski@reminger.com
       nlennon@reminger.com

Scott L. Schmookler
Regina A. Ripley
Ji-Yeon Suh
Gordon Rees Scully Mansukhani, LLP
One North Franklin, Ste. 800
Chicago, IL 60606
Email:  jsuh@gordonrees.com
       sschmookler@gordonrees.com
       rripley@gordonrees.com

*Attorneys for RLI Insurance Company*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANCORP,<br><br>        Defendant. | Civil Action No. 1:14cv802<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, B0509QA051310, and 81906760, et al.,<br><br>        Defendants. | Civil Action No. 1:14-cv-869<br><br>Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |

## **ORDER**

Upon joint motion of the parties to reset certain deadlines contained in the Calendar Order in the above actions, it is hereby ORDERED that the below deadlines are amended as follows:

| | |
|---|---|
| Last day to serve written discovery demands: | April 14, 2017 |
| Last day for parties to file discovery motions: | May 15, 2017 |
| Discovery Deadline: | May 15, 2017 |
| Dispositive Motions: | June 3, 2017 |

| | |
|---|---|
| Trial(s): | October 23, 2017 |

The stay pertaining to Fifth Third's bad faith allegation shall remain in effect until no earlier than June 3, 2017.

_____  _____
Date                                                   Stephanie Bowman
                                                             UNITED STATES MAGISTRATE JUDGE