IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FIFTH THIRD BANCORP, an Ohio corporation, and FIFTH THIRD BANK, an Ohio banking corporation,<br><br>               Plaintiffs,<br><br>    -against-<br><br>CERTAIN UNDERWRITERS AT LLOYD'S SUBSCRIBING TO POLICY NUMBERS B0509QA048710, and B0509QA051310, AXIS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, CONTINENTAL INSURANCE COMPANY, FIDELITY AND DEPOSIT INSURANCE COMPANY and ST. PAUL MERCURY INSURANCE COMPANY,<br><br>               Defendants. | Civil Action No. 1:14-cv-869 |

## UNDERWRITERS' NOTICE OF JOINDER IN RLI INSURANCE COMPANY'S MOTION TO STRIKE FIFTH THIRD'S EXPERT DISCLOSURE

Defendants Certain Underwriters at Lloyd's subscribing to Policy Numbers B0509QA048710 and B0509QA051310 ("Lloyd's"), AXIS Insurance Company ("AXIS"), and Federal Insurance Company ("Federal") (collectively, "Underwriters") respectfully join in the sealed Motion to Strike Fifth Third Bancorp's Expert Disclosure (1:14-cv-00802, Dkt. No. 101) filed by RLI Insurance Company ("RLI"). For the reasons stated in RLI's motion and supporting memorandum, Underwriters request that the Court strike the expert opinion of Brian Kelley and bar Fifth Third Bancorp and Fifth Third Bank from relying on Mr. Kelley's opinions or calling Mr. Kelley to testify in this matter.

Dated:   March 19, 2017
         New York, New York

Respectfully submitted,


 /s/ William J. Brennan
David P. Kamp (OH 0020665)
Jean Geoppinger McCoy (OH 0046881)
Brian D. Goldwasser (OH0061926)
WHITE GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
bgoldwasser@wgmlpa.com
Telephone (513) 241-3685


John W. Blancett (admitted *pro hac vice*)
Christopher Losquadro (admitted *pro hac vice*)
Christopher Novak (admitted *pro hac vice*)
William J. Brennan (admitted *pro hac vice*)
SEDGWICK LLP
john.blancett@sedgwicklaw.com
christopher.losquadro@sedgwicklaw.com
christopher.novak@sedgwicklaw.com
william.brennan@sedgwicklaw.com
225 Liberty Street, 28th Floor
New York, NY 10281
Telephone (212) 422-0202


*Attorneys for Certain Underwriters at Lloyd's
Subscribing to Policy Numbers B0509QA048710
and B0509QA051310, AXIS Insurance Company,
and Federal Insurance Company*


*Attorneys for Certain Underwriters at Lloyd's
Subscribing to Policy Numbers B0509QA048710 and
B0509QA051310, AXIS Insurance Company, and
Federal Insurance Company*