UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RLI Insurance Company,<br>　　　Plaintiff | Case No. 1:14-CV-00802 |
| vs. | Barrett, J.; Bowman, M.J. |
| Fifth Third Bancorp,<br>　　　Defendants | |

---

| | |
|---|---|
| Fifth Third Bancorp, et al.,<br>　　　Plaintiff | Case No. 1:14-CV-00869 |
| vs. | Barrett, J.; Bowman, M.J. |
| Certain Underwriters at Lloyd's Subscribing to Policy Numbers B0509QA048710, B0509QA051310, and 81906760, et al.,<br>　　　Defendants | |

**NOTICE**

　　Please take notice that the above captioned case has been set for a **telephone conference** before the Honorable Stephanie K. Bowman as follows:

**May 10, 2017 at 10:00 PM**

**Telephone conference number:**　　　1-888-363-4749
**Access code:**　　　8651321
**Participant security code:**　　　2010

　　Counsel may submit to the Court a brief summary of the discovery issue (no more than 2 pages) and email it to bowman_chambers@ohsd.uscourts.gov and copy opposing counsel **no later than 12:00 PM on May 9, 2017**.

　　　　　　　　　　　　　　　　　　　　　　s/Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy